EXHIBIT O

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  -----------------------------------------x

5  DAVID BAKALAR,

6                              Plaintiff,

7

8  - against -    05 Civ. 3037(WHP)(ECF CASE)

9

10  MILOS VAVRA and LEON FISCHER,

11                              Defendants.

12  -----------------------------------------x

13                       October 12, 2005

14                       10:28 a.m.

15

16                       410 Park Avenue

17                       New York, New York

18

19

20       DEPOSITION of the Plaintiff, DAVID BAKALAR,

21  by the Defendants, held at the offices of

22  Pryor, Cashman, Sherman & Flynn, LLP, 410 Park

23  Avenue, New York, New York before Kelly

24  Morgan, a Notary Public of the State of New

25  York.

2

2  A P P E A R A N C E S :

3

4  PRYOR CASHMAN SHERMAN & FLYNN, LLP

5  410 Park Avenue

6  New York, New York 10022-441

7      Attorneys for Plaintiff

8      David Bakalar

9

10  BY: JAMES A. JANOWITZ, ESQ.

11      and WILLIAM L. CHARRON, ESQ.

12

13

14

15  DOWD & MAROTTA, LLC

16  277 Broadway, Suite 1310

17  New York, New York 10007

18      Attorneys for Defendants

19      Milos Vavra and Leon Fischer

20

21  BY: RAYMOND J. DOWD, ESQ.

22

23

24

25

3

2              STIPULATIONS

3

4       IT IS HEREBY STIPULATED AND AGREED by

5  and among counsel for the respective parties

6  hereto, that the sealing and certification of the

7  within deposition shall be and the same are

8  hereby waived;

9       IT IS FURTHER STIPULATED AND AGREED that

10  all objections, except to the form of the

11  question, shall be reserved to the time of the

12  trial;

13       IT IS FURTHER STIPULATED AND AGREED that

14  the within deposition may be signed before any

15  Notary Public with the same force and effect as

16  if signed and sworn to before the Court.

17

18

19

20

21

22

23

24

25

4

1                    Bakalar

2  D A V I D  B A K A L A R, having first been

3  duly sworn by Kelly Morgan, a Notary Public of

4  the State of New York, was examined and

5  testified as follows:

6       MR. DOWD:  Good morning, Mr. Bakalar.

7  Thank you for coming here.  We appreciate it.

8       I'm going to be asking you a series of

9  questions this morning.  You are under oath.  If

10  any of them you don't understand, please tell me

11  I don't understand and I will attempt to rephrase

12  it in a way that makes it clear.

13       THE WITNESS:  Thank you.

14       MR. DOWD:  If you have any questions

15  about the questions or are unsure, please ask

16  for a clarification and I will try to clarify

17  those issues.

18

19  EXAMINATION BY

20  MR. DOWD:

21    Q.    Please state your name and address

22  for the record.

23    A.    David Bakalar, B-A-K-A-L-A-R.  35

24  Lapland Road, Chestnut Hill, Massachusetts

25  02467.

5

Bakalar

1

2   Q.   I would like to ask you: Have you

3 ever been involved in any lawsuits before?

4   A.   A few.

5   Q.   Okay. Can you just very briefly

6 describe the nature of those?

7   MR. JANOWITZ: What's the relevance

8 of that?

9   MR. DOWD: Just background.

10   MR. JANOWITZ: I don't think that's

11 background.

12   If you want to ask him if he has ever

13 had his deposition taken, you could ask him that.

14   MR. DOWD: Will you be moving for a

15 protective order on that point?

16   MR. JANOWITZ: No. I am just

17 pointing out the obvious. That's not relevant

18 to this lawsuit.

19   THE WITNESS: Can I ask something,

20 not involving --

21   MR. JANOWITZ: No, that's okay.

22   Q.   Mr. Bakalar, have you ever had your

23 deposition taken before?

24   A.   Yes.

25   Q.   Under what circumstances?

6

Bakalar

1

2   A.   Well, obviously it was part of a legal

3 action.

4   Q.   What type of action?

5   A.   The most recent involved a producer

6 who did not have a contract and the salary to

7 which he would be entitled.

8   Q.   What was your role in that

9 litigation?

10   A.   I was -- I was the producer, this was

11 an executive producer underneath me.

12   Q.   Were you the plaintiff in that

13 action?

14   A.   No, he was the plaintiff.

15   Q.   So you were sued, you were one of the

16 defendants.

17   A.   Yes. There was no contract, so --

18   Q.   Have you ever been deposed under any

19 other circumstances?

20   A.   Not in the last forty years that I

21 could remember.

22   Q.   Have you ever been a plaintiff in a

23 lawsuit before?

24   A.   Not -- I don't think. This -- this

25 was the only case.

7

Bakalar

1

2   Q.   Can you tell me just a little bit

3 about your educational and professional

4 history?

5   A.   Okay. My training is in physics and

6 physical metallurgy. I have a bachelor's and

7 masters in physics from Harvard and a doctorate

8 from MIT.

9   I worked for a short time for the

10 Marshall Plan and that was followed by my working

11 at Bell Laboratories and Western Electric which

12 was followed by my starting a company, which I

13 ran for about thirty-odd years.

14   And during the last twenty years, I have

15 been retired from that and have been a

16 professional sculptor.

17   Q.   Thank you.

18   Could you briefly describe your work for

19 the Marshall Plan?

20   A.   Yes. When I graduated from MIT, I

21 was -- at the time the Marshall Plan was

22 trying to rebuild Europe and had organized a

23 series of visits by presidents of European

24 companies, top technical people, and MIT had

25 been asked if they could provide a technical

8

Bakalar

1

2 liaison for these people. So I first worked

3 with them. We toured all over the United

4 States, visited large metal working facilities.

5 And that -- that was followed by these people

6 coming up with the kind of equipment that they

7 needed in order to restore their own set-ups in

8 Europe.

9   After that I then was asked to organize

10 another tour for another group. So I was not

11 only the technical person, but I was in charge.

12   And after all that was finished, I then

13 went to Bell Laboratories.

14   Q.   Did there come a time that you

15 started travelling to Europe?

16   A.   The only trips I have made to Europe

17 have really been for -- well, two reasons: One

18 is that when I started my company, after a

19 number of years we acquired a building -- a

20 factory in France and acquired a factory in

21 England, so I would visit those factories. And

22 then I would occasionally go to Europe for

23 vacation or pleasure.

24   Q.   At what time did you develop an

25 interest in the arts?

9

```
Bakalar

 1
 2    A.      That occurred when I was in my
 3  mid-thirties.  I had rented a house in
 4  Wellesley that belonged to a Professor of Art
 5  at Wellesley College and he had a wonderful
 6  library with all kinds of wonderful, beautiful
 7  pictures.  I began reading these things and
 8  that began my occasional visit to some
 9  galleries in New York and buying some things.
10  And that's how it all got started.
11    Q.      When you say your "mid-thirties,"
12  approximately what years?
13    A.      Well, this was about forty-odd years
14  ago.
15          Though this was always something I did
16  in addition -- it was not a major activity to my
17  work.
18    Q.      Can you talk about how you first came
19  to start acquiring artwork; just give a little
20  background on that?
21    A.      I don't really know how it happened.
22  As I say, I had read these books, seen these
23  photographs -- I would go to New York
24  occasionally on business and I had some free
25  time and I thought I might enjoy visiting some
```

10

```
Bakalar

 1
 2  galleries.  I bought a painting.  It stood up
 3  time; in other words, I didn't feel after I had
 4  it awhile I didn't like it.  So I started
 5  developing confidence in my eye, so to speak,
 6  and it just sort of happened.  There was no
 7  design to it.
 8    Q.      How did it come about that you came
 9  into contact with the Galerie St. Etienne?
10    A.      I'm not sure.  There was some people I
11  knew in Boston who collected Germanic.  They
12  were very serious collectors and it must be
13  that I learned the name of St. Etienne gallery,
14  that this was a very reputable gallery and the
15  main gallery from what I knew.  So I -- one of
16  my trips I must have gone in.  But I don't
17  really recall anything beyond what I just said.
18    Q.      And could you describe how it came
19  about that you came to purchase the work at
20  issue in this litigation, the "Torso?"
21    A.      I believe I was in a gallery and I was
22  shown work and liked it and I bought it.
23    Q.      Do you recall who showed it to you,
24  any conversations involved?
25    A.      I know that I had been to this gallery
```

11

```
Bakalar

 1
 2  a couple of times.  The head of the gallery was
 3  a Dr. Kallir.  And I don't recall the
 4  conversations, but I know I met him and I
 5  believe that I bought the drawings and the --
 6  this particular drawing from him.
 7    Q.      When you purchased it, this was in
 8  1964?  Do you recall?
 9    A.      I'm not sure the date, but it's
10  approximately correct.
11    Q.      Were you given any documentation with
12  the purchase?  Do you recall?
13    A.      Well, I knew enough that when you buy
14  a painting or sculpture you ask for the
15  provenance, but I don't recall whether I got
16  the provenance.
17          I can't imagine that Dr. Kallir would
18  have sent me something without
19  providing a provenance, but I don't remember
20  anything beyond that.
21    Q.      You believe there was a document that
22  was provided to you?
23    A.      I have no records of any, but -- there
24  must have been.  I can't believe -- he wouldn't
25  have given me something -- this was not a real
```

12

```
Bakalar

 1
 2  big expensive purchase, but nevertheless, this
 3  gallery went by the numbers, so to speak, and
 4  he must have provided some provenance to me.
 5    Q.      Do you recall how much you paid?
 6    A.      No, I don't.  All I know, it was not a
 7  very large amount.
 8    Q.      Did you buy any other artwork from
 9  the Galerie St. Etienne?
10    A.      I think at this time I bought two --
11  two drawings.  I have not bought anything else
12  since then from them.
13    Q.      What was the other drawing?
14    A.      It was also a Schiele drawing.
15    Q.      And is there a name of that drawing?
16    A.      I don't recall the name.
17          It was of a woman.
18          Frau something.  I don't recall.
19          MR. DOWD:  I'm showing the witness a
20  book called "Jane Kallir; Egon Schiele, The
21  Complete Works."
22    Q.      Mr. Bakalar, I would like to show you
23  a page --
24          MR. DOWD:  I'm showing the witness
25  page 449 of this book.
```

---

13

                        Bakalar

1
2      Q.      I would like you to look at number
3  888 which is a drawing.
4      A.      This one here? (Indicating.)
5      Q.      Yes.
6      A.      I see it.
7      Q.      Is that the drawing?
8      A.      No.
9      Q.      Do you know whether the drawing is in
10 this book?
11     A.      I have never seen this.
12          MR. JANOWITZ:  He just testified he
13 has never seen this book.
14     A.      I have never seen this book before.
15     Q.      Are you familiar with this book in
16 any way?
17     A.      Not beyond what you have just shown
18 me.
19     Q.      Now, the drawing that you have just
20 referred to --
21          MR. JANOWITZ:  Can we be clear which
22 drawing because he has spoken about two.
23          MR. DOWD:  Let's just clarify for the
24 record.
25     Q.      Mr. Bakalar, do you recall the name

---

14

                        Bakalar

1
2  of -- not the drawing that the litigation was
3  started over, the "(Torso), Seated Woman with
4  Bent Left Leg," but the second drawing that
5  you referred to?
6      A.      I don't recall her name.  It was a
7  longer German name.  Frau something.
8          I don't remember, but it's not this one
9  you just showed me.
10          MR. DOWD:  Do you know if the
11 drawing -- we will refer to it as the second
12 drawing?
13          MR. JANOWITZ:  That's fine.
14     Q.      The second drawing, do you know
15 whether it was assigned a Kallir number?
16          MR. JANOWITZ:  Objection to the form
17 of the question.
18          THE WITNESS:  Shall I answer?
19          MR. JANOWITZ:  No.
20          You haven't established what a Kallir
21 number is or that the witness has any idea what a
22 Kallir number is.
23          I certainly have no idea what a Kallir
24 number is.
25          MR. DOWD:  Thank you for the

---

15

                        Bakalar

1
2  testimony.
3      Q.      Mr. Bakalar, do you know what a
4  Kallir number is?
5      A.      No, I don't.
6      Q.      Mr. Bakalar, I'm going to show you a
7  document that's been Bate stamped P0213
8  through P0216.  I would like to ask you if you
9  can identify that document.
10          MR. JANOWITZ:  Do you have a copy for
11 us?
12          MR. DOWD:  I told you in the
13 beginning of the deposition that I got these
14 documents yesterday and that I didn't have
15 copies for you.
16          MR. JANOWITZ:  This is from our
17 production?
18          MR. DOWD:  Yes.
19          I showed you this at the beginning of
20 the deposition and I said that I didn't bring a
21 copy with me because I just received the
22 documents yesterday.  And I asked you,
23 Mr. Janowitz, to make sure that you had confirmed
24 the documents.
25     A.      What are you asking me about this

---

16

                        Bakalar

1
2  document?
3          MR. CHARRON:  Off the record.
4          (Discussion held off the record.)
5      Q.      The question is, Mr. Bakalar, can you
6  identify that document?
7      A.      No, I can't.
8      Q.      Have you ever seen it before?
9      A.      I have no idea what this document is.
10          I -- I don't think -- I don't know what
11 it is.  I don't think so.
12     Q.      That's fine.
13          I'm going to show you this document to
14 see whether you recognize a name that appears in
15 this document.  It's on the page that's Bate
16 stamped P0215 and there is two names in German, I
17 would like to see if you can identify either of
18 those names.
19     A.      Where?
20     Q.      It say "Re" about two-thirds down the
21 page.
22          MR. JANOWITZ:  Why don't you just
23 read the names to us?
24          MR. DOWD:  I can't read German.
25     A.      Point out --

17

Bakalar

1
2    Q.      Egon Schiele and then F-R-A-U,
3    M-I-T -- S-C-H-W-A-R-Z-E-R, S-C-H-U-R-Z-E?
4    A.      Yeah.
5    Q.      Is that the drawing, the second
6    drawing that we discussed earlier?
7    A.      Well, let me put it this way, I know
8    enough German -- this Schwarzer means black --
9    black something which refers to this drawing.
10          That is not my second drawing.
11   Q.      That's not the second drawing?
12   A.      No, it is not.
13   Q.      I want to go back to -- you said that
14   you believe that Dr. Kallir had sent a
15   provenance to you, but you don't have a record
16   of that; is that correct?
17   A.      I would find it difficult to imagine
18   that I didn't ask for a provenance and get a
19   provenance from Dr. Kallir, but I have no
20   record of it.
21   Q.      At the time you purchased it, do you
22   recall where you believed that the drawing --
23   the first drawing came from?
24   A.      I have no idea.
25   Q.      Do you recall at that time that it

18

Bakalar

1    was by any particular artist?
2
3    A.      Well, the first drawing was by
4    Schiele.  It was a Schiele.
5    Q.      Okay.
6    A.      But, you know --
7    MR. JANOWITZ:  You have answered the
8    question.
9    Q.      And the second drawing, when did you
10   purchase that in relation to your purchase of
11   the first drawing?
12   A.      I'm not sure.  I think I must have
13   purchased them at the same time, but I'm not a
14   hundred percent sure of that.
15   Q.      And with respect to the provenance of
16   the second drawing, do you have any
17   independent recollection of that provenance?
18   A.      No.  No.
19   Q.      Did there ever come a time when you
20   met Jane Kallir?
21   A.      I have never met her at any time.
22   Q.      Following the time when you first
23   purchased the drawing, did you have any
24   subsequent contact with the Galerie St.
25   Etienne?

19

Bakalar

1
2    A.      Well, I remember going in their
3    subsequent to my purchasing the drawings and
4    having Dr. Kallir show me a large Schiele
5    painting of some figure -- some male figure
6    seated in a chair which he was trying to
7    interest me in buying.
8          I didn't buy it.
9    Q.      Did you have any other subsequent
10   contacts with Dr. Kallir or the gallery?
11   A.      I don't think so, no.
12   Q.      Have you ever corresponded with
13   Dr. Kallir, the gallery or Jane Kallir?
14   A.      No.
15   Q.      Did there ever come a time following
16   your initial purchase that you learned
17   anything else about the possible provenance of
18   the drawings?
19   A.      Well, the only time the possible
20   provenance has come to my attention is when you
21   folks started the lawsuit -- you didn't start a
22   lawsuit, but when you contacted Sotheby's and
23   that's how the other -- only other exposure I
24   have had to the possible provenance.
25   MR. DOWD:  I would like to mark this

20

Bakalar

1
2    document as Defendant's A.
3          (Document marked as Defendant's Exhibit
4    A for Identification, as of this date.)
5    Q.      Mr. Bakalar, I'm handing you a
6    document that's marked as Defendant's A and
7    it's titled "Complaint for Declaratory Relief"
8    in this action.
9          Have you seen this document before?
10   A.      Could you repeat the question?
11   Q.      Have you seen this document before?
12   A.      Yes, I have.
13   Q.      Have you read it?
14   A.      Yes, I have read it.
15   Q.      If you look through it, as we are
16   sitting here today, is there anything that you
17   believe in this complaint is inaccurate?
18          And you could take a few minutes.
19   A.      This complaint was put together by my
20   attorney who showed it to me afterwards.  At
21   the time I had no reason to question anything
22   in the document.
23          But I think that there is something in
24   it where I have seen information subsequent to
25   that period of time -- I think there is something

21

Bakalar

1  in here that refers to -- I don't know where it
2  is.  Something that refers to the initial owner
3  of the document.  I don't know where it is.  But
4  going into Fritz Grunbaum being the owner of the
5  document.  I don't know at this point whether he
6  was.
7
8        As I say, this thing was put together by
9  my attorney who -- and I have no reason to
10 believe he was or wasn't.  But I certainly don't
11 know that he was.
12       MR. JANOWITZ:  When you say "the
13 document," do you mean the drawing?
14       THE WITNESS:  He was the owner of the
15 drawing, yeah.
16       I think here it that.  Doesn't it?
17    Q.    I will refer you to page one,
18 paragraph five, it's at the bottom of the
19 page.
20    A.    Yes, that's where.  That's exactly
21 what I am referring to.  When this thing was
22 put together by my attorney, I had no
23 information one way or the other and I guess --
24 how he arrived at this, I have no idea and so I
25 signed it.

22

Bakalar

1        But since then I have seen some
2  information -- I'm not sure where -- which
3  indicated that -- that the Swiss gallery that
4  originally sold this particular drawing really
5  had no exact knowledge that that belonged to the
6  collection of Fritz Grunbaum.
7        So at this point I don't believe this
8  statement -- I think this statement is incorrect
9  and I think that it probably did not belong to
10 Fritz Grunbaum.  Or it may have, I just don't
11 know.  But I think this statement is not correct.
12    Q.    Mr. Bakalar, this document, it's
13 twenty-one pages long and I would just like to
14 be certain that you have taken a moment and
15 read through it because it's very important at
16 this point that we establish if there is any
17 other information in here that you believe to
18 be inaccurate so we set the record clear.
19       So I will ask you to take a few minutes
20 now --
21       MR. JANOWITZ:  It may take more than
22 a few minutes.
23       MR. DOWD:  We could take a break.
24    A.    I repeat, once again, I think that the

23

Bakalar

1  statement at the bottom of the first page is
2  not correct because it's very positive and I
3  don't -- to the best of my knowledge that has
4  not been substantiated.
5     Q.    And the information that you saw that
6  caused you to believe that this statement in
7  paragraph five might not be accurate, can you
8  describe what information was --
9     A.    I'm not sure.  One of the documents
10 that I saw.
11       At one point there was a questioning of
12 the owner of the Swiss gallery and he had made a
13 statement that when he questioned the lady that
14 brought it there -- what was her name; Lukcas --
15 she indicated that it came from the family and
16 therefore he at that point assumed that it was
17 part of the Grunbaum collection.  I did read that
18 somewhere and when I saw that I realized that
19 this statement is not true here because this is
20 very definitive and it's not definitive.
21    Q.    I'm going to be taking you through
22 some of the allegations of the complaint, so
23 if you would like to take a moment or two to
24 reread it, I would appreciate it.

24

Bakalar

1        MR. JANOWITZ:  Because it could take
2  really a while, it is a long and dense
3  document, why don't you focus on the
4  allegations that you want to question him on
5  and direct his attention to those allegations
6  and he could read them when you focus his
7  attention on them.
8        I'm sure you don't want to go through
9  each and every paragraph of the complaint.
10    A.    There is so much here I will get dizzy
11 reading it all.  Why don't you tell me what you
12 want to focus on?
13    Q.    Okay.  I will try and accommodate you
14 in this.
15    A.    Thank you.
16    Q.    Starting at the top of page two, it
17 says, "In 1938 the Nazis confiscated
18 Grunbaum's residence."
19       When this allegation was made, what
20 documentation or information did you have?
21    A.    I have no information about that
22 whatsoever.
23       I hired my attorney and I had no reason
24 to believe that this was not true.

25

Bakalar

1      I don't know if it is true and therefor
2  I certainly was in no position to question the
3  attorney's inclusion of this.
4      Q.     And moving down to the last sentence
5  of that top paragraph where it says -- the
6  sentence that starts "By all credible
7  accounts, the Grunbaum art collection escaped
8  confiscation" -- you see that sentence?
9      A.     Sure.
10     Q.     Are you aware of any particular
11 accounts?
12     A.     I'm not aware of any accounts at all.
13         I would think that if the Nazis
14 confiscated this, it never would have -- it never
15 would have seen the light of day again.
16         But be that as it may, no, I am not
17 aware of anything.
18     Q.     Now, in paragraph six it makes
19 reference there to "a reputable art gallery in
20 Bern, Switzerland.  Does that refer to the
21 Kornfeld gallery?
22     A.     That is my understanding, yes.
23     Q.     Do you have any information or
24 knowledge that that is a reputable gallery?

26

Bakalar

1      A.     The only knowledge I would have is I
2  know the St. Etienne gallery is reputable based
3  on the experience of people that have been
4  buying things from them and I would be amazed
5  if they had been dealing with someone who was
6  not reputable.
7          But I don't know this gallery at all.
8      Q.     When you mentioned people buying
9  things, what people?
10     A.     Pardon?
11     Q.     You mentioned people buying things
12 from them?
13     A.     Yeah.  They were -- at the time when I
14 bought this there were a few collectors in
15 Boston who specialized in Germanic art and I
16 learned about the St. Etienne gallery from
17 them.  And I never would have dealt with them
18 if they didn't consider them to be reputable.
19     Q.     Do you know the names of these
20 people?
21     A.     Well, I could give you one.  Dorothy
22 Edenburg (ph) who was primarily a collector of
23 Germanic art.
24     Q.     Any others?

27

Bakalar

1      A.     I think she could give you -- if you
2  want to follow that up -- some others.  There
3  was another, but I don't recall their name now.
4          I was not a collector of Germanic art.
5  I just happen to meet these people at parties.
6          Yeah, I do recall one more.  I believe
7  Arthur Vershbow, Dorothy Vershbow.  Dorothy is
8  now dead, but Arthur is still alive.  I think --
9  I'm not sure, but I think they also may have
10 collected art.  But Dorothy was the main one.
11     Q.     In paragraph seven it refers to an
12 article in Kenyon Review.
13         MR. DOWD:  I looked through the
14 responsive documents, has that been provided
15 to us?
16         MR. CHARRON:  I believe it has.
17         MR. DOWD:  Is that the last --
18     Q.     No question there.
19         When it says it "was exhibited in 1960
20 at the Institute of Contemporary Art in Boston,"
21 did you see it there at the --
22     A.     I have no recollection of this at all,
23 none.
24     Q.     Now in paragraph nine, it refers to

28

Bakalar

1  plaintiff consigning the drawing to Sotheby's.
2  That's you.
3          How did it come about that you consigned
4  the drawing to Sotheby's?
5      A.     Well, the -- I decided to sell it.
6      Q.     Was there any circumstances that led
7  to that decision?
8      A.     The value of the Egon Schieles have
9  gone up tremendously in previous sales.  I had
10 a tax loss carry forward because of a movie
11 venture and so I could sell this painting even
12 though it has substantial gain without paying
13 taxes and so I contacted Sotheby's.
14     Q.     And when you consigned the drawing,
15 did you consign any other artworks?
16         MR. JANOWITZ:  Specifically at that
17 very time?
18     A.     Yeah.  These -- there are two drawings
19 that were consigned.
20     Q.     So the two Schiele drawings?
21     A.     The two Schiele drawings.
22     Q.     Can you point me to any document that
23 would show me the name of the second drawing?
24     A.     I don't have any document that could

29

Bakalar

1    show you the name.

2        The second drawing was sold by Sotheby's

3    and if you want to do the research, you can take

4    out their catalog and find it, there would be a

5    photograph of it.

6        But I could tell you, it was not the

7    drawing that you showed me.

8    Q.    Do you know who the purchaser was?

9    A.    No.  They never tell you that.

10   Q.    Do you know what the sales price was?

11   A.    Only approximately -- I don't recall

12   the exact number, but it was I think somewhat

13   more than this particular second drawing, what

14   it sold for.

15   Q.    A million, two million?

16   A.    No, it was less than that.

17   Q.    Do you recall a range?

18   A.    Well, I am saying it was somewhat more

19   than the second drawing, that will gave you the

20   range right there.

21       I don't want to give you a number

22   because I'm not sure of the number.  But again,

23   that would be a matter of record which you could

24   easily find out.

30

Bakalar

1    Q.    Have you ever discussed this case

2    with Jane Kallir?

3    A.    No.

4    Q.    Have you ever spoken to Jane Kallir?

5    A.    Never.

6    Q.    Now, did there come a time that

7    Sotheby's informed you that there was a

8    concern over the provenance of the drawing?

9    A.    I wouldn't use the word "concern."

10   There was not concern.

11       There was a time when they told me that

12   while they had confidence in the integrity of the

13   provenance that they wanted to do a lot more

14   legal research to back up their opinion and that

15   would take a little bit of time.  And that's what

16   they did.

17   Q.    And do you recall the time frame?

18   A.    Yeah, the time frame was between

19   November and February.  They actually took

20   about three -- more than three months to

21   reinforce the integrity of the provenance.

22   Q.    So your consignment was somewhere in

23   November of 2004, roughly?

24   A.    Yes, that's correct.

31

Bakalar

1    Q.    And could you recall your

2    conversations with Sotheby's over why they

3    wanted to investigate the provenance?

4    A.    I didn't get into that.  What they

5    basically told me is they had to do some legal

6    research and while they felt that the

7    provenance was okay, they wanted to be two

8    hundred percent certain and I said fine.

9    Q.    Did they ever mention to you Fitz

10   Grunbaum?

11   A.    I don't believe so.  I certainly have

12   no recollection of it.

13   Q.    When is the first time you heard of

14   Fritz Grunbaum?

15   A.    I'm not sure.  It came as a result of

16   the complaint by your clients.  I -- I was

17   certainly not familiar with the name before

18   that time.

19   Q.    Had you ever heard of the controversy

20   the "Dead City" painting?

21   A.    Sotheby's had mentioned that.  But

22   they also told me -- now this was about the

23   time that they said they wanted to do more

24   research on this, but they also told me that

32

Bakalar

1    they had no bearings in terms of the second

2    drawing.

3        MR. JANOWITZ:  The second drawing?  I

4    think we may be --

5        THE WITNESS:  The drawing which was

6    put up for auction in England.

7        MR. JANOWITZ:  You mean the "Woman

8    With Bent Left Leg"?

9        THE WITNESS:  Yes.

10       MR. JANOWITZ:  Wait.  I'm not sure

11   that's clear.

12       MR. DOWD:  Why don't we go through it

13   again?

14       Thank you, Counsel.

15   Q.    Mr. Bakalar, I just want to clarify

16   because the court reporter is taking a written

17   record what your testimony relates to.  So I

18   will break it down.

19   A.    Sure.

20   Q.    On or around November 2004, you made

21   a consignment of two Schiele drawings,

22   correct?

23   A.    That's correct.

24   Q.    Now, the first drawing, which we have

33

```
                    Bakalar
 1
 2    been referring to as the first drawing --
 3        A.      Is Frau something.
 4        Q.      No.  No.  I will make it clear.  I
 5    will show you the picture.
 6                The first drawing is the drawing that
 7    you commenced this litigation over.
 8                I am showing you Kallir number 1974,
 9    "The Woman Without --
10        A.      Just so we don't get confused here,
11    there were two drawings.
12        Q.      Right.
13        A.      The Frau something or other drawing
14    was sold in November and that is not the
15    drawing that you showed me.
16        Q.      Okay.
17        A.      This other drawing was put up for
18    auction in London after Sotheby's had done
19    three months of intensive research reinforcing
20    the provenance.
21        Q.      So when you presented the Frau
22    drawing that we have been referring to as the
23    second drawing --
24        A.      You got me confused on first, second.
25    There were two drawings.  Rather than put a
```

34

```
                    Bakalar
 1
 2    number to them -- it's confusing -- Frau is one
 3    and Torso is the other.
 4        Q.      Okay.  So the Frau drawing went to
 5    Sotheby's in November 2004?
 6        A.      And was sold.
 7        Q.      And was sold in New York?
 8        A.      In New York.
 9        Q.      Now, with respect to the "Torso"
10    drawing, Sotheby's came back to you and said
11    we need to do essentially some legal research
12    on this; is that correct?
13        A.      And we suggest that this thing be put
14    for auction in England -- the "Torso" one --
15    that will give us enough time to reinforce the
16    legal basis of the provenance.  And they then
17    came back to me at some point and said well, we
18    are not feeling what we had initially, we have
19    no problems.  It was totally reinforced by
20    everything we have done since then and therefor
21    the auction should proceed.
22        Q.      Did there come a time that you heard
23    the name Eberhard Kornfeld?
24        A.      Only as a result of this legal action.
25    I had never heard of it before.
```

35

```
                    Bakalar
 1
 2        Q.      I'm going to refer you to page six.
 3                MR. JANOWITZ:  Of the complaint.
 4        Q.      Of the complaint.  And paragraphs
 5    twenty-two through thirty-three tell the story
 6    of Fritz Grunbaum.
 7                Is it fair to say that paragraphs
 8    twenty-two through thirty-three are not based on
 9    your personal knowledge or you have no
10    independent personal knowledge of the information
11    in paragraphs twenty-two through thirty-three?
12        A.      I think that's correct.  I
13    certainly have no personal knowledge of it.
14        Q.      Paragraph thirty-five there is a
15    reference of a Norman Granz.  Do you have any
16    personal knowledge of that transaction
17    referred to in paragraph thirty-five?
18        A.      I do not.
19                By personal knowledge, I assume you mean
20    was a party to it in any way.
21                I don't know what you mean by the
22    expression "personal knowledge."
23        Q.      Earlier you had testified that your
24    lawyer put together the complaint and you had
25    not really heard of --
```

36

```
                    Bakalar
 1
 2        A.      That's the extent of my knowledge.
 3        Q.      -- Fritz Grunbaum.  Okay.
 4                Moving down to paragraph thirty-seven.
 5    It says, "In or about 1963, plaintiff purchased
 6    the Drawing at Galerie St. Etienne in New York.
 7    At the time of the purchase, Otto Kallir advised
 8    plaintiff that the Drawing had been acquired from
 9    Gutekunst and Klipstein in Switzerland.  The
10    Drawing thereafter remained in plaintiff's
11    personal collection."
12                Now, I'm going to refer you to the
13    second sentence of that paragraph.  Do you
14    believe that to be a true statement?
15        A.      I -- it depends what you mean my
16    "advised plaintiff."
17                I don't know -- let's put it this way:
18    I don't have any recollection of any of this.  I
19    assume -- and I don't even know whether this
20    information was in a provenance that may have
21    been given to me at some point.  But I certainly
22    have no personal knowledge of it.
23                And I certainly don't remember a
24    discussion with Dr. Kallir about the provenance
25    before St. Etienne gallery had the drawing.
```

37

Bakalar

1    No, this statement -- if by this you
2    mean was there a discussion between Dr. Kallir
3    and myself, I don't have any recollection.  I
4    certainly don't think there was.
5    Q.    Now, moving to paragraph thirty-nine.
6    I would like to just ask you to read paragraph
7    thirty-nine and then I want to ask you a
8    question about it.
9    A.    Yeah.  What about it?
10   Q.    Actually withdrawn.  I don't have a
11   question.
12   A.    Okay.
13   Q.    Forty, paragraph forty.  Now
14   paragraph forty reads, "Aside from the
15   Drawing, there are a number of works from the
16   Fritz Grunbaum collection that were part of
17   the 1956 selling exhibition at Gutekunst and
18   Klipstein which are now in museums around the
19   world including at least one work in each of
20   the following institutions" -- and there
21   follows in the complaint a list of
22   institutions.
23        Now, Mr. Bakalar, looking at that list
24   of institutions, do you have any personal

38

Bakalar

1    knowledge of any of these works in any of these
2    institutions?
3    A.    I do not.
4    Q.    Do you know where this information
5    came from that is in this complaint?
6    A.    Well, this was the information that
7    was given to me by my attorney.  I believe that
8    he obtained it from Sotheby's.
9    Q.    In paragraph forty-four, the third
10   sentence down, speaks of, "In connection with
11   its due diligence on the piece, Sotheby's
12   contacted Jole Levi as counsel to the
13   heirs" -- and it reads forward.
14        Did Sotheby's inform you of any contacts
15   with a Mr. Jole Levi?
16   A.    I believe that they did inform me.
17   There was some document that referred to it and
18   that was part of their process of becoming
19   satisfied that their original judgment in terms
20   of the provenance was basically correct.
21   Q.    Paragraph forty-five is a
22   reference -- again we are referring to the
23   complaint -- to an unidentified buyer for the
24   drawing.

39

Bakalar

1    Do you know who the buyer was?
2    A.    I do not know who the buyer is.
3    Sotheby's normally will not tell you who they
4    sell to.
5        But they did mention that it was a
6    dealer for some gallery and they didn't say who
7    or what.
8    MR. JANOWITZ:  May I ask that you
9    provide us with copies of all of the exhibits
10   as marked?
11   MR. DOWD:  I did, actually.  I gave
12   you a copy of the complaint --
13   MR. JANOWITZ:  Right.
14   MR. DOWD:  You are saying just the
15   front page of it?
16   MR. JANOWITZ:  Yes, so we see the
17   stamp.
18   MR. DOWD:  That's no problem.
19        I meant to bring a copy of it, but I
20   didn't, of our Request of Production of
21   Documents.
22        Do you have a copy of that?  I just want
23   to show it to the witness.
24   Mark as Defendant's B.

40

Bakalar

1    (Document marked as Defendant's Exhibit
2    B for Identification, as of this date.)
3    Q.    Mr. Bakalar, I'm showing you a
4    document that's marked as Defendant's Exhibit
5    B and the title of it is "Defendant's Request
6    for Production of Documents."
7        Have you seen this document before?
8        Actually, if you turn to the third page
9    it might refresh -- one more page.  I'm sorry.
10       You see a list of questions there?  On
11   page five, see a list of questions?
12       Have you seen those questions before?
13   A.    I believe I must have, yeah.
14   Q.    That's my only question.
15       I could take that back.
16       And the "Response and Objections" I
17   would mark as Defendant's Exhibit C.
18       (Document marked as Defendant's Exhibit
19   C for Identification, as of this date.)
20   Q.    Mr. Bakalar, I'm handing you a
21   document that's been marked as Defendant's
22   Exhibit C and it's tilted "Plaintiff's and
23   Counter-Claim Defendant David Bakalar's
24   Responses and Objections to Defendants' First

41

Bakalar

1  Request of Production of Documents."  It's a
2  nine-page document.
3        And following that document or with it,
4  I am handing to you documents that are Bate
5  stamped P0001 through P0252.
6        Mr. Bakalar, have you seen these
7  documents before?
8  A.    I believe I have, yes.
9  Q.    Is Defendant's Exhibit C your
10 response to Defendant's Exhibit B?
11       MR. JANOWITZ:  The document speaks
12 for itself.  It is his response.
13       The witness doesn't have to answer that
14 question.
15       That's the response to the document
16 production request.
17 Q.    Do you believe that response to be
18 true and accurate?
19 A.    Well, obviously I believe at the time
20 it was made.  I would have to read it now and
21 see if I have learned subsequently --
22       MR. CHARRON:  Are you asking if he
23 believes the legal objections are true and
24 accurate?

42

Bakalar

1        MR. DOWD:  Well, the documents, the
2  responses.
3  A.    Well, obviously I believe when it was
4  done.  I don't know whether I received
5  information subsequent to that point that might
6  get me to change something.
7        I would have to read this again to
8  answer that question.
9  Q.    Take a few minutes and take a look
10 at.
11       MR. JANOWITZ:  No, I don't want to
12 waste time here.  You asked for documents, we
13 provided you with a response.
14       This is a lawyer's task.  The lawyers
15 did it.  You got it.
16       If there are supplements that need to be
17 made -- and, in fact, I think there was one made
18 this morning, we provided it to you.  And if
19 there are further supplements that should be
20 turned over, we will turn them over.
21       So I don't know what your question is.
22 This is the plaintiff's response to the document
23 request.
24       Ask your next question.

43

Bakalar

1  Q.    Mr. Bakalar, have you provided to us
2  any documents in your possession relating to
3  the acquisition of the "Torso" drawing?
4  A.    To the best of my knowledge, yes,
5  everything I have.
6  Q.    And are the documents that you turned
7  over, are they in this production that you see
8  in front of you?
9        MR. CHARRON:  Wait a minute.  The
10 objections and the responses, again, obviously
11 speak for themselves.
12       I think that to clarify the question
13 what you might want to ask Mr. Bakalar is if he
14 turned over whatever documents he had that would
15 be responsive to the Defendants' first set of
16 requests.
17       I'm not sure that Mr. Bakalar -- I
18 believe that the response to the first request
19 that you are asking him about says quite clearly
20 that plaintiff has no documents responsive to
21 this request, specifically meaning plaintiff's
22 acquisition of the drawing that we are now
23 calling "Torso".
24       And I just don't want you to confuse the

44

Bakalar

1  witness.
2        MR. DOWD:  I don't want to confuse
3  the witness either.
4        The document production that I received
5  didn't indicate which documents were responsive
6  to which question, so I am trying to clarify
7  that.  And you know where these documents came
8  from.
9        MR. CHARRON:  But obviously if the
10 response clearly says he has no documents
11 responsive, then that should answer your
12 question, that the documents that were
13 produced -- there is nothing in there that
14 would respond to request number one subject to
15 any waiver of the objections that have been
16 lodged.
17       MR. DOWD:  If he doesn't have any
18 documents, then the answer is I don't have any
19 documents.
20       MR. JANOWITZ:  That's what he says.
21       MR. CHARRON:  That's the answer.
22       MR. JANOWITZ:  That's what he said.
23 Q.    So you didn't turn over any documents
24 to your attorneys?

45

Bakalar

1    MR. JANOWITZ:  With the exception of

2    the document we turned over to you this

3    morning.

4    MR. CHARRON:  The only documents that

5    Mr. Bakalar has responsive -- that Mr. Bakalar

6    has responsive to the request was the document

7    that I gave to you this morning.

8    Q.    Okay.  So this is the only document

9    in response to this entire question.

10   MR. JANOWITZ:  Could you indicate on

11   the record which documents?

12   MR. DOWD:  We are looking at the

13   document Bate stamped approximate P0250

14   through P0252?

15   MR. JANOWITZ:  That's the only

16   document that Mr. Bakalar had that was

17   responsive to request number one.

18   MR. CHARRON:  No.  To any of the

19   requests.

20   MR. JANOWITZ:  Or to any of the

21   requests.

22   MR. CHARRON:  Because request number

23   one concerns the acquisition.

24   Q.    So looking at this, Document Requests

46

Bakalar

1    one through fourteen, up until today, the only

2    document that you have provided to your

3    attorneys, Mr. Bakalar, is --

4    A.    That's correct.

5    Q.    -- this three-page document --

6    A.    That's correct.

7    Q.    -- Bate stamp P0250 through P0252

8    that has Sotheby's at the top and it's dated

9    November 18, 2004?

10   A.    That's correct.

11   Q.    Let me show you document Bate Stamped

12   P0001 through P0123.

13   Can you identify these documents?

14   A.    These are all in German -- most are in

15   German.

16   How far do you want me to go with this?

17   Q.    They appear all to be from the same

18   source and they are numbered -- the first --

19   there is groups stapled together and the first

20   page seems to be handwriting in English

21   attached to a text in German.

22   A.    I have no idea what any of this is all

23   about.

24   MR. JANOWITZ:  I do.

47

Bakalar

1    A.    It's all in German.

2    And have I seen it?

3    MR. JANOWITZ:  Are you interested in

4    the answer?

5    MR. DOWD:  If counsel would like to

6    testify.

7    MR. JANOWITZ:  It's not a question of

8    testifying, I haven't been sworn.

9    If you would have asked me, I would have

10   told you and I am happy to tell you now.

11   We got them from Mr. Kornfeld.

12   MR. DOWD:  Which documents came

13   from --

14   MR. JANOWITZ:  The ones that are in

15   German with the handwritten translations and

16   the numbers.

17   MR. DOWD:  Up through --

18   MR. JANOWITZ:  I don't know what

19   number, but they are very obvious which

20   documents they are.

21   MR. CHARRON:  Can I also just add --

22   because we are being constrained to do so --

23   Plaintiff's initial discovery dated

24   September 6, 2005 which, of course, is another

48

Bakalar

1    lawyer document, it clearly disclosed the

2    categories of documents that Plaintiff

3    expected to produce and did ultimately

4    produce.  And it's explained, Mr. Dowd, that

5    there were two categories of documents,

6    documents produced by Mr. Kornfeld care of his

7    legal counsel and documents produced by

8    Sotheby's.  And it also clearly explains that

9    these were documents that were located at our

10   offices.

11   So there is -- I'm not sure what the

12   source of your confusion is.  Everything has been

13   explained in advance.

14   MR. JANOWITZ:  To be clear, if you

15   have any question, the documents that you were

16   questioning Mr. Bakalar on, the ones that are

17   in German and have translations and have

18   numbers, are all from Mr. Kornfeld.

19   MR. DOWD:  Up through P0101, they

20   appear to all be in the same --

21   MR. JANOWITZ:  It appears.  I haven't

22   gone through it carefully, but superficially

23   that seems to be correct.

24   MR. DOWD:  Would it be fair to say

49

Bakalar

1    that P0102 through P0244 came from Sotheby's?

2         MR. CHARRON:   That would not be

3    correct.

4         MR. JANOWITZ:   For example, there is

5    a Kenyon article, that was not from Sotheby's.

6    I don't know if there is anything else in

7    there.

8         It's certainly primarily from Sotheby's.

9         MR. CHARRON:   Kenyon article is not

10   from Sotheby's.

11        P245 through 249, as it says on its

12   face, is from Sotheby's.

13        MR. DOWD:   I think I am missing that

14   document.

15        MR. CHARRON:   That's what was sent to

16   you last night, Fed Ex as well.

17        MR. DOWD:   I didn't get it.

18        MR. CHARRON:   There was a fax sent

19   yesterday, I believe, about 4:30.

20        MR. DOWD:   I haven't seen that.

21        MR. CHARRON:   Off the record for a

22   second.

23        (Discussion held off the record.)

24   Q.   I just have a couple more questions

50

Bakalar

1    Mr. Bakalar.

2         Just to clarify your earlier testimony,

3    did you testify that prior to the Defendants in

4    this action raising their claims, that you were

5    not aware of Eberhard Kornfeld?

6    A.   That is correct.

7         MR. DOWD:   No further questions.

8

9    EXAMINATION BY

10   MR. JANOWITZ:

11   Q.   Mr. Bakalar, at one point looking at

12   the description of a painting you indicated

13   that you knew that Schwarzer meant black.

14   A.   Yeah.

15   Q.   Do you speak German?

16   A.   Not really.  But I know a little

17   Yiddish.

18        MR. JANOWITZ:   Okay.  Thank you.

19

20

21

22   (Continued on the next page to accommodate

23   Jurat.)

51

Bakalar

1    A.   I looked at the thing, it said

2    Schwarzer, and she was wearing black.

3         MR. DOWD:   Thank you very much for

4    your patience today.

5         (Time Noted: 11:47 a.m.)

6

7

8         _____

9              DAVID BAKALAR

10

11

12

13   Subscribed and sworn to

14   before me this _____

15   day of _____.

16

17   _____

18   NOTARY PUBLIC

52

I N D E X

WITNESS          EXAMINATION BY:      PAGE

Mr. Bakalar       Mr. Dowd             5
                  Mr. Janowitz         50

     E X H I B I T S

EXHIBIT          DESCRIPTION          PAGE

Defendant's A    Complaint for         20
                 Declaratory Relief

Defendant's B    Defendant's Request   40
                 for Production of
                 Documents

Defendant's C    Plaintiff's and       40
                 Counter-Claim Defendant
                 David Bakalar's Responses
                 and Objections to
                 Defendant's First Request
                 for Production of Documents

53

2
3        C E R T I F I C A T I O N
4
5        I, Kelly Morgan, a Notary Public for and
6   within the State of New York, do hereby certify:
7        That the witness whose testimony is
8   herein set forth, was duly sworn by me; and that
9   the within transcript is a true record of the
10  testimony given by said witness.
11       I further certify that I am not related to
12  any of the parties to this action by blood or
13  marriage, and that I am in no way interested
14  in the outcome of this matter.
15       IN WITNESS WHEREOF, I have hereunto set my
16  hand this 12th day of October, 2005
17
18
19            _____
20            KELLY MORGAN
21
22
23
24
25

---

1

**A**
accommodate 24:14
50:23
accounts 25:8,12,13
accurate 23:8 41:19
41:25
acquired 8:21 20
36:8
acquiring 9:19
acquisition 43:4,23
45:24
action 6:3,4,13 20:8
34:24 50:5 53:11
activity 9:16
add 47:22
addition 9:16
address 4:21
advance 48:14
advised 36:7,16
ago 9:14
AGREED 3:4,9,13
alive 27:9
allegation 24:20
allegations 23:23
24:5,6
amazed 26:5
amount 12:7
answer 14:18 41:14
42:9 44:12,19,22
47:5
answered 18:7
appear 46:18 48:21
appears 16:14 48:22
appreciate 4:7 23:25
approximate 45:14
approximately 9:12
11:10 29:12
arrived 21:24
art 9:4 25:8,20
26:16,24 27:5,11
27:21
Arthur 27:8,9
article 27:13 49:6,10
artist 18:2
arts 8:25
artwork 9:19 12:8

artworks 38:16
Aside 37:15
asked 7:25 8:9 15:22
42:13 47:10
asking 4:8 15:25
41:23 43:20
assigned 14:15
assume 35:19 36:19
assumed 33:17
attached 46:22
attempt 4:11
attention 19:20 24:6
24:8
attorney 20:20 21:9
21:22 24:24 38:6
attorneys 2:7,18
44:25 46:4
attorney's 25:4
auction 32:7 33:18
34:14,21
Avenue 1:16,23 2:5
aware 25:11,13,18

**B**
B-4:2 39:25 40:3,6
41:11 52:8,12
bachelor's 7:6
back 17:13 30:15
34:10,17 40:16
background 5:9,11
9:20
Bakalar 1:5,20 2:8
4:1,6,23 5:1,22 6:1
7:1 8:1 9:1 10:1
11:1 12:1,22 13:1
13:25 14:1 15:1,3
15:6 16:1,5 17:1
18:1 19:1 20:1,5
21:1 22:1,13 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1,16
33:1 34:1 35:1
36:1 37:1,24 38:1

39:1 40:1,4,21
41:1,7 42:1 43:1,2
43:14,18 44:1 45:1
45:6,6,17 46:1,4
47:1 48:1,17 49:1
50:1,2,12 51:1,9
52:5
Bakalar's 40:24
52:15
based 26:3 35:8
basically 31:6 38:21
basis 34:16
Bate 1:57 16:15 41:5
45:14 46:8,12
bearings 32:2
beautiful 9:6
becoming 38:19
began 9:7,8
beginning 15:13,19
believe 10:21 11:5
11:21,24 17:14
20:17 21:10 22:8
22:18 23:7 24:25
27:7,17 31:12
36:14 38:8,17
40:14 41:9,18,20
42:4 43:19 49:20
believed 17:22
believes 41:24
Bell 7:11 8:13
belong 21:20
belonged 9:4 22:6
Bent 14:4 32:9
Bern 25:21
best 23:4 43:5
beyond 10:17 11:20
13:17
big 12:2
bit 7:2 36:16
black 17:8,9 50:14
51:3
blood 53:11
book 12:20,25 13:10
13:13,14,15
books 9:22
Boston 10:11 26:16
27:21

bottom 21:18 23:2
bought 10:2,22 11:5
12:10,11 26:15
break 22:24 32:19
briefly 5:5 7:18
bring 15:20 39:20
Broadway 2:16
brought 23:15
building 8:19
business 9:24
buy 11:13 12:8 19:8
buyer 38:24 39:2,3
buying 9:19 57:26:5
26:9,12
B-A-K-A-L-A-R
4:23

**C**
C 2:2 40:18,20,23
42:10 52:14 53:2,2
called 12:20
calling 43:24
can't 11:17,24 16:7
16:24
care 48:7
carefully 48:23
carry 28:11
case 1:8 6:25 30:2
Cashman 1:22 2:4
catalog 29:5
categories 48:3,6
caused 23:7
certain 22:15 31:9
certainly 14:23
21:10 25:3 31:12
31:18 35:13 36:21
36:23 37:5 49:9
certification 3:6
certify 53:5,10
chair 19:6
change 42:7
charge 8:11
CHARRON 2:11
16:3 27:17 41:23
43:10 44:10,22
45:8,19,23 47:22
49:3,10,16,19,22

---

2

Chestnut 4:24
circumstances 5:25
6:19 28:7
City 31:21
Civ 1:8
claims 50:5
clarification 4:16
clarify 4:16 13:23
32:16 43:13 44:7
50:3
clear 4:12 13:21
22:19 32:12 33:4
48:15
clearly 43:20 44:11
48:2,9
clients 31:17
collected 10:11
27:11
collection 22:7
23:18 25:8 36:11
37:17
collector 26:23 27:5
collectors 10:12
26:15
College 9:5
come 8:14 10:8
18:19 19:15,20
28:4 30:7 34:22
coming 4:7 8:6
commenced 33:7
companies 7:24
company 7:12 8:18
complaint 20:7,17
20:19 22:23 24:10
31:17 35:3,4,24
37:22 38:6,24
39:13 52:10
Complete 12:21
concern 39:10,11,15
concerns 45:24
confidence 10:5
50:13
confirmed 15:23
confiscated 24:18
25:15
confiscation 25:9
confuse 43:25 44:3

confused 33:10,24
confusing 34:2
confusion 48:13
connection 38:11
consider 26:19
consign 28:16
consigned 28:4,15
28:20
consigning 28:2
consignment 30:23
32:22
constrained 47:23
contact 10:9 18:24
contacted 19:22
28:14 38:13
contacts 19:10 38:15
Contemporary
27:21
continued 50:23
contract 6:6,17
controversy 31:20
conversations 10:24
11:4 31:3
copies 15:15 39:10
copy 15:16,21 39:13
39:20,23
correct 11:10 17:16
22:12 23:3 30:25
32:23,24 34:12
35:12 38:21 46:5,7
46:11 48:24 49:4
50:7
corresponded 19:12
counsel 3:5 32:15
38:13 47:6 48:8
Counter-Claim
40:24 52:15
couple 11:2 49:25
course 47:25
court 1:2 3:16 32:17
credible 25:7

**D**
D 4:2,2 52:2
date 11:9 20:4 40:3
40:20
dated 46:9 47:24

David 1:5,20 2:8
4:23 40:24 51:9
52:15
day 25:16 51:14
53:15
dead 27:9 31:21
dealer 39:7
dealing 26:6
dealt 26:18
decided 28:6
decision 28:6
Declaratory 20:7
52:10
Defendant 40:24
52:15
defendants 1:11,21
2:18 6:16 40:25
43:16 50:4
documentation
11:11
documents 15:14,22
20:6 39:25 40:2,5
40:6,18,19,22
15:24 23:10 27:15
39:22 40:7 41:2,5
41:8 42:2,13 43:3
43:7,15,21 44:6,8
44:11,13,19,20,24
45:5,12 46:14
47:13,21 48:3,6,7
48:8,10,16 52:13
52:17
doesn't 21:16 41:14
44:18
don't 4:10,11 5:10
6:24 9:21 10:16
11:3,15,19 12:6,16
12:18 14:6,8 15:5
16:10,10,11,22
17:15 19:11 21:2,4
21:6,10 22:8,11
23:4 24:4,9,12
25:2 26:8 27:4
28:25 29:12,22
31:12 32:13 33:10
35:21 36:17,18,19
36:23 37:4,5,11
42:5,15,22 43:25
44:3,19 47:19 49:7
48:18 50:16

discussed 17:6 30:2
discussion 16:4
36:24 37:3 49:24
DISTRICT 1:2,3
dizzy 24:11
doctorate 7:7
document 11:21
15:7,9 16:2,6,9,13
16:15 20:2,3,6,9
20:11,22 21:4,6,13
22:13 24:4 28:23
28:25 38:18 40:2,5
40:8,19,22 41:3,4
41:12,16 42:23
44:5 45:3,7,9,14
45:17,25 46:3,6,12
44:18

**E**
E 2:2,2 52:2,8 53:2
earlier 17:6 35:23
36:3
easily 29:25
Eberhard 34:23
36:6
Edenburg 26:23
educational 7:3
effect 3:15
Egon 12:20 17:2

**F**
F 53:2

28:9
either 16:17 44:4
Electric 7:11
England 8:21 32:7
34:14
English 46:21
enjoy 9:25
entire 45:10
entitled 6:7
equipment 8:6
escaped 25:8
ESQ 2:10,11,21
essentially 34:11
establish 22:17
established 14:20
Etienne 10:9,13 12:9
12:14,15 13:3,7,9
13:19,22 14:2,4,11
14:12,14 17:5,6,9
17:10,11,22,23
18:3,9,11,16,23
24:14 29:3 32:25
32:4,6,25 33:2,6,8
34:9,20 30:9 32:3
26:25 37:16 38:25
43:4,23
drawing 11:6 12:13
12:14,15 13:3,7,9
19:3,18 28:19,21
28:22 32:22 33:11
33:25
due 38:12
duly 43:3 51:4

Ex 49:17
exact 22:6 29:13
exactly 21:20
**EXAMINATION**
4:19 50:10 52:3
34:10 36:6,8,10
36:25 37:16 38:25
43:4,23
Exhibit 20:3 40:2,5
40:18,19,23 41:10
41:11 52:9
exhibited 27:20
exhibition 37:18
exhibits 39:10
expected 48:4
experience 12:22
experience 26:4
explained 48:5,14
explains 48:9
exposure 19:23
expression 33:22
extent 16:2

F 53:3
face 49:13
facilities 8:4
fact 42:18
factories 8:21
factorys 20,20
fair 35:7 48:25
familiar 13:15 31:18
family 23:16
far 46:17
fax 49:19
February 30:20
Fed 49:17
feel 10:3
feeling 34:18
figure 19:5,5
find 17:17 29:5,25
fine 14:13 16:12
31:9
finished 8:12
first 4:2 8:2 9:18
17:23 18:3,11,22
23:3 31:14 32:25
33:2,6,24 40:25
43:16,19 46:19,20
52:16
Fischer 1:10 2:19
Fitz 33:10
five 21:18 23:8
40:12
Flynn 1:22 2:4
focus 24:4,7,13
folks 19:21
follow 27:3
following 7:10,12 18:22
19:15 37:21 41:4
follows 4:5 37:22
force 3:15
form 3:11 14:16
forth 53:7
Good 4:6
graduated 7:20
Granz 35:15
group 8:10
groups 46:24
Grunbaum 21:5

27:8,11
Dowd 2:15,21 4:6,14
4:20 5:9,14 12:19
12:24 13:23 14:16
14:25 15:12,18
16:24 19:25 22:24
27:14,18 32:13
39:12,15,19 42:2
44:3,18 45:13 47:6
47:13,18 48:5,20
48:25 49:14,18,21
50:6 51:4 52:5
Dr 11:5,17 17:14,19
19:4,10,13 36:24
37:3

forward 28:11 38:14
fourteen 46:2
frame 30:18,19
France 8:20
Frau 12:18 14:7
33:3,13,21 34:2,4
free 9:24
Fritz 21:5 22:7,11
31:15 35:6 36:3
37:19
front 39:16 43:9
further 39:13 42:20
50:8 53:10
F-R-A-U 17:2

**G**
gain 28:13
Galerie 10:9 12:9
18:24 36:6
galleries 9:9 10:2
gallery 10:13,14,15
10:21,25 11:2 12:3
19:10,13 22:4
24:9 32:13 46:17
19:2 21:5,22
55:2 16:12
German 14:7 16:16
16:24 17:8 46:15
46:16,22 47:2,16
48:18 50:16

Page 4

| | | | |
|---|---|---|---|
| 22:7,11 23:18 25:8 | incorrect 22:9 | **JAMES** 2:10 | knowledge 22:6 |
| 31:11,15 35:6 36:3 | independent 18:17 | Jane 12:20 18:20 | 23:4 25:25 26:2 |
| 37:17 | 35:10 | 19:13 30:3,5 | 35:9,10,13,16,19 |
| Grunbaum's 24:19 | indicate 44:6 45:11 | Janowitz 2:10 5:7 | 35:22 36:2,22 38:2 |
| guess 21:23 | indicated 22:4 23:16 | 5:10,16,21 13:12 | 43:5 |
| Gutekunst 30:9 | 50:13 | 13:21 14:13,16,19 | Kornfeld 25:22 |
| 37:18 | Indicating 13:4 | 15:10,16,23 16:22 | 34:23 47:12 48:7 |
| | inform 18:5,17 | 18:7 21:12 22:22 | 48:19 50:6 |
| **H** | information 20:24 | 24:2 28:17 32:4,8 | |
| H 52:8 | 21:23 22:3,18 23:6 | 32:11 35:3 39:9,14 | **L** |
| hand 53:15 | 23:9 24:21,22 | 39:17 41:12 42:12 | L 2:11 4:2 |
| handing 20:5 40:21 | 25:24 35:10 36:20 | 44:21,23 45:2,11 | Laboratories 7:11 |
| 41:5 | 38:5,7 42:6 | 45:16,21 46:25 | 8:13 |
| handwriting 46:21 | informed 30:8 | 47:4,8,15,19 48:15 | lady 23:14 |
| handwritten 47:16 | initial 19:16 21:3 | 48:22 49:5 50:11 | Lapland 4:24 |
| happen 27:6 | 47:24 | 50:19 52:6 | large 8:14 22:7 19:4 |
| happened 9:21 10:6 | initially 34:18 | Joie 18:13,16 | lawsuit 5:18 6:23 |
| happy 47:11 | Institute 27:21 | judgment 38:20 | 19:21,22 |
| Harvard 7:17 | institutions 37:21,23 | Jurat 50:24 | lawsuits 5:3 |
| haven't 14:20 47:9 | 37:25 38:3 | | lawyer 35:24 48:2 |
| 48:22 49:21 | integrity 30:13,22 | **K** | lawyers 42:15 |
| head 11:2 | intensive 33:19 | K 4:2 | lawyer's 42:15 |
| heard 31:14,20 | interested 8:25 19:7 | Kalifir 11:3,17 12:20 | learned 10:13 19:16 |
| 34:22,25 35:25 | interested 47:4 | 14:15,20,22,23 | 26:17 41:22 |
| heirs 38:14 | 53:12 | 15:4 17:14,19 | led 28:7 |
| help 12:2 16:4 49:24 | investigate 31:4 | 18:20 19:4,10,13 | Left 14:4 32:9 |
| herein 3:6 | involved 53:6 15 | 19:13 30:3,5 33:8 | Leg 14:4 32:9 |
| hereunto 53:14 | 10:24 | 36:7,24 37:3 | legal 6:2 30:15 31:6 |
| Hill 4:24 | involving 5:20 | Kelly 1:23 4:3 53:4 | 34:11,16,24 41:24 |
| hired 24:24 | issue 10:20 | 53:19 | 44:8 |
| history 7:4 | issues 4:17 | Kenyon 27:13 49:6 | Leon 1:10 2:19 |
| house 9:3 | it's 11:9 14:8 16:15 | 49:10 | let's 13:23 36:17 |
| hundred 18:14 31:9 | 20:7 21:18 22:13 | kind 8:6 | Levi 38:13,16 |
| | 22:16 23:3,21 34:2 | kinds 9:6 | liaison 8:2 |
| **I** | 40:23 41:2 46:9 | Klipstein 36:9 37:9 | library 9:6 |
| idea 14:21,23 16:9 | 47:2,8 48:5 49:9 | knew 10:11,15 11:13 | light 25:16 |
| 17:24 21:24 46:23 | I'm 4:8 10:10,19 | 50:14 | liked 10:22 |
| Identification 20:4 | 12:19,24 15:6 | know 9:21 10:25 | list 37:22,24 40:11 |
| 40:3,20 | 16:13 18:12,13 | 11:4 12:6 13:9 | 42:9 |
| identify 15:9 16:6,17 | 20:5 22:3 23:10,22 | 14:10,14 15:3 | litigation 6:9 10:20 |
| 46:14 | 24:9 25:13 27:10 | 16:10 17:7 18:6 | 14:2 33:7 |
| imagine 11:17 17:17 | 29:23 31:16 32:11 | 21:24,21 22:12 | little 7:9 19:9 30:16 |
| important 22:16 | 35:2 36:12 40:4,10 | 25:2 26:3,8,20 | 50:17 |
| inaccurate 20:17 | 40:21 43:18 48:12 | 29:9,11 35:21 | LLC 2:15 |
| 21:19 | | 36:17,19 38:5 39:2 | LLP 1:22 2:4 |
| including 37:20 | **J** | 39:3 42:5,23 44:8 | located 48:10 |
| inclusion 25:4 | J 2:21 | 47:19 49:7 50:17 | lodged 44:17 |

212-267-6868    VERITEXT/NEW YORK REPORTING COMPANY    516-608-2400

Page 5

| | | | |
|---|---|---|---|
| London 33:18 | moment 22:15 23:24 | 15:4 29:13,22,23 | 39:16 40:9,10,12 |
| long 22:14 24:3 | months 30:21 33:19 | 33:8 34:2 37:16 | 46:21 50:23 52:3,9 |
| longer 14:7 | Morgan 1:24 4:3 | 44:15 45:18,23 | 47:20 |
| looked 33:12 20:15 | 53:4,19 | 47:20 | pages 22:14 |
| 42:10 | morning 6:9 42:19 | numbered 46:19 | paid 12:5 |
| looked 27:14 51:2 | 46:8 | numbers 12:3 47:17 | painting 10:2 11:14 |
| looking 37:24 45:13 | movie 28:11 | 48:19 | 19:5 28:12 31:21 |
| 45:25 50:12 | moving 5:14 25:5 | | 50:13 |
| loss 28:11 | 26:21 | **O** | paragraph 21:18 |
| lot 30:14 | museums 37:19 | O 53:2 | 23:14 20:10 25:6,19 |
| Lukeas 23:15 | M-I-T 17:3 | oath 4:9 | 27:12,25 35:14,17 |
| | | Objection 14:16 | 36:4,13 37:6,7,14 |
| **M** | **N** | objections 3:10 | 37:15 38:10,22 |
| main 10:15 27:11 | N 2:2 52:2 53:2 | 40:17,25 41:24 | paragraphs 35:4,7 |
| maintain 8:4 | name 4:21 10:13 | 43:11 44:16 52:16 | 35:11 |
| male 19:5 | 12:15,16 13:25 | obtained 38:9 | Pardon 26:11 |
| mark 19:25 39:25 | 14:6,7 16:14 23:15 | obvious 5:17 47:20 | Park 1:10,22 2:5 |
| 40:18 | 27:4 28:24 29:2 | obviously 6:2 41:20 | part 6:2 23:18 37:17 |
| marked 20:3,6 | 31:18 34:23 | 42:4 43:11 44:10 | 38:19 |
| 39:11 40:2,5,19,22 | 39:6,25,19,22 | occasional 9:8 | particular 11:6 18:2 |
| MAROTTA 2:15 | nature 5:6 | occasionally 8:22 | 22:5 25:11 29:14 |
| marriage 33:4 | Nazis 24:18 25:14 | 9:24 | parties 3:5 27:6 |
| Marshall 7:10,19,21 | needed 41:2 42:17 | occurred 9:2 | 53:11 |
| Massachusetts 4:24 | never 13:11,13,14 | October 1:13 53:15 | party 35:20 |
| masters 7:7 | 18:21 25:15,15 | offices 1:21 48:11 | patience 51:5 |
| matter 29:24 53:13 | 35:19,21 36:15 | okay 5:5,21 7:5 18:5 | paying 28:13 |
| mean 21:13 32:8 | 34:3 36:3 37:13 | 24:14 33:8 33:16 | people 7:24 8:2,5 |
| 35:19,21 36:15 | nevertheless 12:2 | 34:4 36:3 37:13 | 10:10 26:4,9,10,12 |
| 37:3 | news 1:3,17,17,23,21 | 99:19 50:19 | 26:21 27:6 |
| meaning 43:22 | 1:24 2:6,6,17,17 | once 22:25 | percent 18:14 31:9 |
| means 17:8 | newspaper 19:18 | open 47:15 48:17 | period 20:25 |
| meant 39:20 50:14 | 1:24 2:6,6,17,17 | opinion 30:15 | person 8:11 |
| meet 27:6 | next 41:7 | order 5:15 8:7 | personal 35:9,10,13 |
| mention 31:10 39:6 | nine 25:25 | organize 8:9 | 35:16,19,22 36:11 |
| mentioned 26:9,12 | nine-page 41:3 | organized 7:22 | 36:22 37:25 |
| 31:22 | night 49:17 | original 38:20 | ph 26:23 |
| met 11:14 28:20,21 | nine 27:25 | originally 23:22 | photograph 29:6 |
| metal 8:4 | normally 39:4 | Otto 36:7 | photographs 9:13 |
| metallurgy 7:6 | Norman 35:15 | outcome 53:11 | physical 7:6 |
| mid-thirties 9:3,11 | Notary 1:24 3:15 4:3 | owner 31:3,5,14 | physics 7:5,7 |
| million 29:16,16 | 51:17 53:4 | 23:13 | picture 33:3 |
| Milto 1:10 2:19 | Noted 51:16 | | pictures 9:7 |
| minute 43:10 | November 30:20,24 | **P** | piece 38:12 |
| minutes 20:18 22:20 | 32:21 33:14 34:5 | P 2:2,2 | plaintiff 1:6,20 2:7 |
| 22:23 42:10 | 46:10 | page 12:23,25 16:15 | 6:12,14,22 28:2 |
| missing 49:14 | number 8:19 11:22 | 21:16 21:17,19 | 36:5,8,16 43:21 |
| MIT 7:8,20,24 | 14:15,21,22,24 | 23:2 24:17 35:2 | 48:3 |
| | | | plaintiff's 6:11 |

212-267-6868    VERITEXT/NEW YORK REPORTING COMPANY    516-608-2400

Page 6

| | | | |
|---|---|---|---|
| 40:23 42:23 43:22 | providing 11:19 | raising 50:5 | refresh 40:10 |
| 47:24 52:14 | Pryor 12:2 4 | ran 7:13 | reinforce 30:22 |
| Plan 7:10,19,21 | Public 1:24 3:15 4:3 | range 29:18,21 | 34:15 |
| please 4:10,15,21 | 51:17 53:4 | RAYMOND 2:14 | reinforced 34:19 |
| pleasure 8:23 | purchase 10:19 | read 9:22 16:22,24 | reinforcing 33:19 |
| point 5:15 16:25 | 11:12 12:2 18:10 | 20:13,14 22:16 | related 33:10 |
| 21:6 22:8,17 23:12 | 18:10 19:16 36:7 | 23:18 24:7 37:7 | relates 32:18 |
| 23:17 28:23 34:17 | purchased 11:7 | 41:21 42:8 | relating 43:3 |
| 36:21 42:6 50:12 | 17:21 18:13,23 | reading 9:7 24:12 | relation 18:10 |
| pointing 5:17 | 36:5 | reads 37:15 38:14 | relevance 5:7 |
| position 25:3 | purchaser 29:9 | real 11:25 | relevant 5:17 |
| positive 22:3 | purchasing 19:3 | realized 23:19 | Relief 20:7 52:10 |
| possession 43:3 | put 17:7 20:19 21:8 | Really 8:17 9:21 | remained 36:10 |
| possible 19:17,19,24 | 21:22 32:7 33:17 | 10:17 22:5 24:3 | remember 6:21 |
| presented 33:21 | 33:25 34:13 35:24 | 35:25 50:17 | 11:19 14:8 19:2 |
| presents 7:23 | 36:17 | reason 26:21 21:9 | remembered 31:15 |
| previous 28:10 | P0001 41:6 46:13 | 24:24 | removes 9:3 |
| price 29:11 | P0101 48:20 | reasons 8:17 | repeat 20:10 22:25 |
| primarily 26:23 | P0102 49:2 | rebuild 7:22 | rephrase 4:11 |
| 40:9 | P0123 46:13 | recall 16:7,23 11:3 | reporter 3:17 |
| prior 50:4 | P0213 15:7 | 11:8,12,15 12:5,16 | reputable 10:14 |
| probably 22:10 | P0215 16:16 | 12:18 13:25 14:6 | shown 10:22 13:17 |
| problem 39:19 | P0216 15:8 | 17:22,25 27:4,7 | signed 3:14,16 21:25 |
| problems 34:19 | P0244 49:2 | 29:24 32:12 | sitting 20:16 |
| proceed 34:21 | P0250 45:14 46:25 | 42:19,22 44:15 | six 25:19 35:2 |
| process 38:10 | P0252 41:6 45:15 | 45:7,18,23 52:12 | sold 11:18 22:5 29:3 |
| produce 48:4,5 | 46:8 | 52:16 | 29:15 33:14 34:6,7 |
| produced 44:14 | P245 49:12 | requests 43:17 | somewhat 29:13,19 |
| 48:7,8 | | recognize 16:14 | sorry 40:10 |
| producer 6:5,10,11 | **Q** | recollection 18:17 | sort 10:6 |
| production 15:17 | question 3:11 14:17 | 27:23 31:13 36:18 | Sotheby's 19:22 |
| 39:21 46:7 41:2,17 | 16:5 18:8 20:10,21 | 37:4 | 28:2,5,14 29:3 |
| 43:8 44:5 52:12,17 | 24:5 25:23 27:19 | record 4:22 13:24 | 30:8 31:3,22 33:18 |
| professional 7:3,16 | 37:9,12 40:15 | 16:3,4 17:15,20 | 34:5,10 38:9,12,15 |
| Professor 9:4 | 41:15 42:9,22,25 | 22:19 29:24 32:18 | 36:13 49:23 |
| protective 5:15 | 43:13 44:7,13 | 40:14 42:2,4 43:23 | source 46:19 48:13 |
| provenance 11:15 | 45:10 47:8 48:16 | 45:8 49:9 | SOUTHERN 1:3 |
| 11:16,19 12:4 | questioned 23:14 | reference 25:20 | speak 10:5 12:3 |
| 17:15,18,19 18:15 | questioning 23:12 | 35:15 38:23 | 43:12 50:16 |
| 18:17 19:17,20,24 | 48:17 | referred 13:20 14:5 | speaks 38:11 41:12 |
| 30:9,14,22 31:4,8 | questions 4:9,14,15 | 14:15,10 | specialized 26:16 |
| 33:20 34:16 36:20 | 40:11,12,13 49:25 | responses 40:25 | specifically 28:17 |
| 36:24 38:21 | 50:8 | 42:3 43:11 52:15 | 43:22 |
| provide 7:25 39:10 | quite 43:20 | responsive 27:15 | spent 9:17 |
| provided 11:22 12:4 | | 43:16,21 44:6,12 | spoken 13:22 30:5 |
| 43:2 46:3 | **R** | 45:6,7,18 | St 10:9,13 19 |
| | R 2:2 4:2 53:2 | | sworn 3:16 4:3 47:9 |

212-267-6868    VERITEXT/NEW YORK REPORTING COMPANY    516-608-2400

Page 7

| | | | |
|---|---|---|---|
| restore 8:7 | 49:16,19 | 36:25 | 17:3 |
| result 31:16 34:24 | sentence 25:5,7,9 | stamp 39:18 46:8 | S-C-H-W-A-R-Z-... |
| retired 7:15 | 36:13 38:11 | stamped 15:7 46:13 | 17:3 |
| Review 27:13 | September 47:25 | stapled 15:17 46:12 | |
| Revitz 37:13 | series 4:8 7:23 | stapled 46:20 | **T** |
| right 29:21 33:12 | serious 10:12 | start 9:19 10:21 | T 52:8 53:2,2 |
| 39:14 | set 22:19 43:16 53:7 | started 8:15,18 9:10 | take 20:18 22:20,22 |
| Road 4:24 | 53:14 | 10:4 14:3 19:21 | 22:23 24:24 24:2 |
| role 6:8 | set-ups 8:7 | starting 7:12 24:17 | 29:4 30:16 40:16 |
| roughly 30:24 | seven 27:12 | starts 25:7 | 42:10,10 |
| | Sherman 12:23 | state 1:24 4:4,21 | taken 5:13,23 22:15 |
| **S** | short 7:9 | 53:5 | talk 9:18 |
| S 2:2 52:8 | show 12:22 15:6 | statement 22:9,9,12 | task 42:15 |
| salary 46:4 | 16:13 19:4 28:24 | 23:2,7,14,20 36:14 | tax 28:11 |
| sales 28:10 29:11 | 29:2 33:5 39:24 | 37:2 | taxes 28:14 |
| satisfied 38:20 | States 1:2 8:4 | States 12 8:4 | technical 7:24,25 |
| saw 23:6,11,16 | saying 29:19 39:15 | STIPULATED 3:4 | 8:11 |
| saying 29:19 39:15 | says 24:18 25:6 | 3:9,13 | tell 4:10 7:2 24:12 |
| says 24:18 25:6 | 35:24 36:5 43:20 | STIPULATIONS | 29:7,10 35:5 39:4 |
| 15:19 20:20 29:8 | 44:11,21 | 3:2 | 47:11 |
| 33:15 | showing 12:19,24 | stood 10:2 | term 32:2 38:20 |
| Schiele 12:14,20 | 33:8 40:4 | story 35:5 | testified 4:5 13:12 |
| 17:2 18:4,4 19:4 | shown 10:22 13:17 | Subscribed 51:13 | 19:11 |
| 28:21,22 32:22 | signed 3:14,16 21:25 | subsequent 18:24 | testify 47:7 50:4 |
| Schieles 28:9 | sitting 20:16 | 19:3,9 20:24 42:6 | testifying 47:9 |
| Schwarzer 17:8 | six 25:19 35:2 | subsequently 41:22 | testimony 15:2 |
| 50:14 51:3 | sold 11:18 22:5 29:3 | substantial 18:3 | 32:18 50:3 53:6,9 |
| screen 20:15 | 29:15 33:14 34:6,7 | substantiated 23:5 | than 42:22 |
| seated 14:3 19:6 | somewhat 29:13,19 | sued 6:15 | Thank 4:7,13 7:17 |
| second 14:4,13,14 | sorry 40:10 | suggest 34:13 | 14:25 24:16 32:15 |
| 17:5,10,11 18:9,16 | sort 10:6 | Suite 2:16 | that's 5:10,17,21 |
| 28:24 29:3,14,20 | Sotheby's 19:22 | superficially 48:23 | 9:10 14:13 15:7 |
| 32:2,4 33:23,24 | 28:2,5,14 29:3 | supplements 42:17 | 16:12,15 17:11 |
| 36:13 49:23 | 30:8 31:3,22 33:18 | 42:20 | 19:23 20:6,21,20 |
| 17:3 source 46:19 48:13 | 34:5,10 38:9,12,15 | sure 10:10 11:9 | 21:20 28:3 30:6,14 |
| 25:9 27:22 39:17 | 36:13 49:23 | 15:23 18:12,14 | 30:25 32:12,24 |
| 40:11,12 41:22 | source 46:19 48:13 | 22:23 23:10 24:9 | 35:12 36:22 39:19 |
| 43:8 | SOUTHERN 1:3 | 31:16 32:11,20 | 41:2,3 42:15,16 |
| seen 9:22 13:11,13 | speak 10:5 12:3 | 43:18 48:12 | 44:21,22,23 45:16 |
| 13:14 16:8 20:9,11 | 43:12 50:16 | Swiss 22:4 23:13 | 46:5,7,11 49:6 16 |
| 20:24 22:25 35:16 | speaks 38:11 41:12 | Switzerland 23:11 | therefor 25:2 34:20 |
| 36:24 38:21 | specialized 26:16 | 34:3 | this 3:1 34:1 |
| provide 7:25 39:10 | specifically 28:17 | sworn 3:16 4:3 47:9 | 51:3 |
| sell 28:6,12 39:5 | 43:22 | St 10:9,13 19 | thing 9:7,9 26:5,10 |
| selling 37:18 | spoken 13:22 30:5 | 18:24 26:3,17 36:6 | think 5:10 6:24 |
| sent 11:18 17:14 | St 10:9,13 19 | S-C-H-U-R-Z-E | |

212-267-6868    VERITEXT/NEW YORK REPORTING COMPANY    516-608-2400

8

12:10 16:10,11
18:12 19:11 20:23
20:25 21:16 22:9
22:10,12,25 25:14
27:2,9,10 29:13
32:5 35:12 37:5
42:18 43:13 49:14
**third** 38:10 40:9
**thirty-five** 35:14,17
**thirty-nine** 37:6,8
**thirty-odd** 7:13
**thirty-seven** 36:4
**thirty-three** 35:5,8
35:11
**thought** 9:25
**three** 30:21,21 33:19
**three-page** 46:6
**tilted** 40:23
**time** 3:11 7:9,21
8:14,24 9:25 10:3
12:10 17:21,25
18:13,19,21,22
19:15,19 20:21,25
26:14 28:18 30:7
30:12,16,18,19
31:14,19,24 34:15
34:22 36:7 41:20
42:13 51:6
**times** 11:2
**title** 40:6
**titled** 20:7
**today** 20:16 46:2
51:5
**told** 15:12 30:12
31:6,23,25 47:11
**top** 7:24 24:17 25:6
46:9
**Torso** 10:20 14:3
34:3,9,14 43:4,24
**totally** 34:19
**tour** 8:10
**toured** 8:3
**training** 7:5
**transaction** 35:16
**transcript** 53:8
**translations** 47:16
48:18

**travelling** 8:15
**tremendously** 28:10
**trial** 3:12
**trips** 8:16 10:16
**true** 23:20 24:25
25:2 36:14 41:19
41:24 53:8
**try** 4:16 24:14
**trying** 7:22 19:6
44:7
**turn** 40:9 42:21
44:24
**turned** 42:21 43:7
43:15 45:3
**twenty** 7:14
**twenty-one** 22:14
**twenty-two** 35:5,8
35:11
**two** 8:17 12:10,11
13:22 16:16 23:24
24:17 28:19,21,22
29:16 31:8 32:22
33:11,25 48:6
**two-thirds** 16:20
**type** 6:4

**U**

**ultimately** 48:4
**underneath** 6:11
**understand** 4:10,11
**understanding**
25:23
**unidentified** 38:24
**United** 1:2 8:3
**unsure** 4:15
**use** 30:10

**V**

**V** 4:2
**vacation** 8:23
**value** 28:9
**Vavra** 1:10 2:19
**venture** 28:12
**Vershbow** 27:8,8
**visit** 8:21 9:8
**visited** 8:4
**visiting** 9:25

**visits** 7:23

**W**

**Wait** 32:11 43:10
**waived** 3:6
**waiver** 44:16
**want** 5:12 17:13
24:5,9,13 27:3
29:4,22 32:16 37:8
39:23 42:12 43:14
43:25 44:3 46:17
**wanted** 30:14 31:4,8
31:24
**wasn't** 21:10
**waste** 42:13
**way** 4:12 13:16 17:7
21:23 35:20 36:17
53:12
**wearing** 51:3
**Wellesley** 9:4,5
**went** 8:13 12:3 34:4
**Western** 7:11
**whatsoever** 24:23
**What's** 5:7
**WHEREOF** 53:14
**WILLIAM** 2:11
**withdrawn** 37:11
**witness** 4:13 5:19
12:19,24 14:18,21
21:14 32:6,10
39:24 41:14 44:2,4
52:3 53:6,9,14
**woman** 12:17 14:3
32:8 33:9
**wonderful** 9:5,6
**word** 30:10
**words** 10:3
**work** 7:18 9:17
10:19,22 37:20
**worked** 7:9 8:2
**working** 7:10 8:4
**works** 12:21 37:16
38:2
**world** 37:20
**wouldn't** 11:24
30:10
**written** 32:17

**X**

**x** 1:4,12 52:2,8

**Y**

**yeah** 17:4 21:15
26:14 27:7 28:19
30:19 37:16 40:14
50:15
**years** 6:20 7:13,14
8:19 9:12,13
**yesterday** 15:14,22
49:20
**Yiddish** 50:18
**York** 1:3,17,17,23
1:23,25 2:6,6,17
2:17 4:4 9:9,23
34:7,8 36:6 53:5

**0**

**02467** 4:25
**05** 1:8

**1**

**10:28** 1:14
**10007** 2:17
**10022-441** 2:6
**11:47** 51:6
**12** 11:13
**12th** 53:15
**1310** 2:16
**18** 46:10
**1938** 24:18
**1956** 37:18
**1960** 27:20
**1963** 36:5
**1964** 11:8
**1974** 33:8

**2**

**20** 52:10
**2004** 30:24 32:21
34:5 46:10
**2005** 1:13 47:25
53:15
**249** 49:12
**277** 2:16

9

**3**

**3037(WHP)(ECF**
1:8
**35** 4:23

**4**

**4:30** 49:20
**40** 52:12,14
**410** 1:16,22 2:5
**449** 12:25

**5**

**5** 52:5
**50** 52:6

**6**

**6** 47:25

**8**

**888** 13:3

# EXHIBIT P

 THE ART LOSS■REGISTER, INC.

**Note:** A. F. Mondschein and Frederick Mont are the same person. Mondschein (formerly in Vienna) changed his name to Frederick Mont on emigrating to the United States. He died a few years ago. Efforts to locate any records from his gallery have been unsuccessful.

**Object:** Painting
**Artist:** Egon Schiele
**Title:** *Girl with Black Hair*
**Date:** 1911
**Inscriptions:** Signed and dated lower left: Scheile Egon 111
**Medium:** Watercolor and Graphite Pencil on paper
**Dimensions:** 17 ¾ x 12 7/16 in. (45 x 31.6 cm.)
**Provenance(as provided):** With Gutekunst & Klipstein, Bern (1956); With Galerie St. Etienne, New York (1957), from whom purchased in 1958.
Digital color image supplied.
**Note:** Gutekunst & Klipstein were formerly Klipstein & Kornfeld. Based on the provenance , it is possible that this painting was originally from the Grünbaum collection. There is recently published book (2001), 'Unser Wien' by Walzer & Templ which has some information on Grünbaum and his collection. The following is a summary of information from the book translated by the ALR in London:

Fritz Grünbaum was a publisher of operetta libretti and a caberet artist, famous throughout the world. He also possessed an important art collection whose whereabouts is unclear today. Because the individual works were not officially confiscated, the reconstruction of events is based on clues. The collection consisted of a mixture of valuable and degenerate works. Grünbaum was arrested straight after the Anschluss and deported. In January Grünbaum 1941 he died of mistreatment in Dachau. His wife, Lilly, stayed in Vienna after his arrest trying all she could to get a visa so that she could save her husband's life. She did not manage this, was deported to Minsk and died. On the day of her deportation, she had to fill out a property declaration but there was no mention of artworks on it. As valuables were barred to jews, it is not likely that she could get access to them, or have the means to sell them. There are files that indicate the collection was intact until the summer of 1939. The argument that Lilly's sister, Mathilde Lukacs, could flee with the collection is therefore in dispute. Mathilde Lukacs and her husband fled across various countries to Belgium in August 1938 and both were interned there. Herr Lukacs, a jeweller by trade, had been arrested by the Germans on 14th March and forced to flee Austria. It was not even possible for him to take his precious stones with him, so it is not likely that he could have taken, unnoticed, 449 artworks including oil paintings (one on wood), out of the country. While this may be possible in the case of drawings, it seems questionable for paintings. It is more likely that Grünbaums collection stayed in Austria. The author Hans Veigl spoke of an interview with Grünbaum 's neighbour who said that Grünbaum 's flat was aryanised and his library and extensive art collection sold to an unnamed Viennese antique dealer for 200 RM. The collection was appraised for the Nazis by an expert named Franz Kieslinger. Kieslinger was an agent for Kajetan Muhlmann and was a specialist on medieval art. Kieslinger took on the role of a broker.

OBER0058

 THE ART LOSS█REGISTER, INC.

A large number of Schiele's from Grünbaum's collection surfaced in 1956 at an auction in Bern (this was Gutekunst & Klipstein). How these works got to Bern is unexplained. Perhaps they were taken from Austria to Switzerland in circuitous ways. There are neither customs documents or export permits - this transportation was not official. It was claimed that the art dealer had bought the pictures from Frau Lukacs which had been shipped to her in Belgium by Lilly Grünbaum before her deportation. Contact between the two sisters, Lilly and Mathilde, before Lilly's deportation is also not proven. On the contrary, Mathilde Lukacs knew nothing about the fate of her sister in 1945 and it was not until 1963 that was officially declared dead.

For the sale of the Schiele works in 1956, there were two specialists acting in support roles, Otto Benesch and Otto Kallir. Benesch, then director of the Albertina must have recognized the collection - it had been published before 1938. Benesch wrote the introduction to the auction sale in Bern. Otto Kallir, author of the first catalogue raisonné officially bought at the auction a significant number of the Schiele works and was the founder of the Galerie St. Etienne. However the Grünbaum collection got to Switzerland, evidently it was not sold freely by Fritz Grünbaum or his wife - both lost their lives in the Nazi terror.

As noted above, the Art Loss Register does not know for certain whether this painting formed a part of the Grünbaum collection. The collection was published at some point prior to 1939 and the ALR could try to locate that catalogue and determine whether it was a part of the Grünbaum collection. There is a catalogue at the Frick Library of an exhibition in 1956 at Gutekunst & Klipstein of works by Schiele. It may be the catalogue for the sale in the provenance. The ALR would recommend additional research on the painting.

- redacted -

# EXHIBIT Q

March 3rd, 1948

Mr. G. B. Neumann
41 East 57th Street
New York, New York

Dear Mr. Neumann:

This is to confirm that today we exchanged the following
watercolors and drawings by Egon Schiele for one copy of
the book "Père Ubu" with illustrations by Georges Rouault:

1. The artist's wife in blue blouse,
   watercolor 1917
2. Portrait of Marga Boerner,
   watercolor 1917
3. Girl with yellow shawl
   water color 1911
4. Sketch of a woman with black stockings
   watercolor 1913
5. Boy, watercolor 1910
6. Red haired woman with green shirt, watercolor 1914
7. Standing Woman, watercolor 1912
8. Girl, drawing 1913
9. Girl with Coat, drawing 1918
10. Nude Boy, drawing 1912
11. Portrait of a Woman, drawing 1911

In consideration of the fact that many objects looted by
the Nazis are being brought over here, you have assumed all
responsibility that the Schiele works come from perfectly
reliable sources, and that they were in the possession of the
previous owners since before the war.

Sincerely yours,

GALERIE ST. ETIENNE

Otto Kallir

ok:mm

9. Letter from Otto Kallir to J. B. Neumann, March 3, 1948. Courtesy Galerie St. Etienne, New York. It is interesting to note that the eleven works on paper by Schiele were considered equal in value to the book of thirty-three etchings by Georges Rouault. Today, Rouault's *Père Ubu* suite is valued at about $10,000, while a single Schiele drawing without color can command in excess of $50,000.

policies that often made it difficult for victims to retrieve their property, Kallir helped a number of people pursue their claims in Austria, with mixed success.[13] In his own art dealings, he did everything possible to avoid handling works that might have been stolen, although of course he was not omniscient (and often complete provenance information was unavailable).[14] When, in 1948, Kallir acquired a group of eleven Schieles from the dealer J. B. Neumann, he asked Neumann to warrant that "they come from perfectly reliable sources and were in the possession of the previous owners since before the war" [Fig. 9].

The Galerie St. Etienne's 1948 Schiele show drew upon a greater number of sources than its predecessor had seven years earlier, and was therefore considerably more substantial. Kallir himself described this as the artist's first "comprehensive" American exhibition, and at least one journalist mistook it for his very first.[15] Though Kallir's command of English was still a bit sketchy, he had learned that the secret of promoting an unknown entity in the United States lay in securing endorsements

EXHIBIT R

ww.schenker.com: History
Case 1:05-cv-03037-WHP    Document 55-7    Filed 02/27/06    Page 24 of 26
Page 1 of 3

**S SCHENKER**
DB Logistics

Deutsch

Search

Services
e-Schenker
Company
　Structure
　Management
　History
　Board
　Environment
　Associates
　Schenker Model
　Portait Description
News
Career
Extras

Home → Company → History

Schenker's History.
## All important events from its foundation until today.

Ever since the company was founded by Gottfried Schenker in Vienna 130 years ago, Schenker provides its customers with all the main services from a single source.

1872
Gottfried Schenker founds Schenker & Co. in Vienna, Austria.



1873
First consolidated rail consignment from Paris, France, to Vienna, Austria.

1874
Branch offices established in Budapest, Hungary, Bucharest, Romania and Prague, Czech Republic.

1880
Acquired a stake in the steam navigation company Adria Dampfschiffahrts-Gesellschaft.

1895
Founded Austro-Americana Shipping Company.



1901
Gottfried Schenker passes away in Vienna and is succeeded by his adoptive son Dr. August Schenker-Angerer

1918
After WW I, Schenker focuses on express delivery services, regional freight forwarding, removals and trade-fair services.

1922
First air freight shipments in Germany



1924
The German export industry goes on an international exhibition tour organized by Schenker.

1928
Following the acquisition of BEHALA, Schenker headquarters are transferred to Berlin.

1931
Schenker is acquired by the German Railways. First sea freight container shipments.



1945
Rebuilding process begins following disappropriation and the loss of numerous bases in WW II.

1947
Subsidiary established in the U.S. Internationalization and air freight are pursued on a large scale.

1966
Dedicated company founded in Hong Kong to oversee Asian market.



1972
Schenker becomes the official freight forwarder for Munich Olympics. Coinage of JETcargo, SEAcargo and Eurocargo as trade marks for bulk transportation by air, sea, rail and road

1989
Company decides to introduce SWORD (Schenker's Worldwide Online Realtime Data

Case 1:05-cv-03037-WHP    Document 55-7    Filed 02/27/06    Page 25 of 26

Network) and EDIFACT standards.



**1991**
Stinnes AG acquires a majority stake in Schenker from the German railroad company Deutsche Bundesbahn and divides the business into Schenker International (air and sea freight) and Schenker Eurocargo (European land transport).

**1996**
Stinnes air and sea freight, land transport, handling/logistics and seaport activities are grouped under the umbrella of Schenker-Rhenus AG.



**1997**
Schenker looks back on 125 years of history. Schenker AG repositions itself by divesting the bulk cargo business and forming three new business areas: Schenker Logistics, Schenker International and Schenker Eurocargo. The shareholding in the Swedish company BTL-AB, Gothenburg, gives birth to Europe's leading transportation and logistics provider.

**1998**
Co-ordination of land transport operations in Europe at Schenker and BTL under the Schenker-BTL name.

 **1999**
Takeover of BTL AB.
Schenker Australia appointed Official Freight Forwarder of the Sydney 2000 Olympic Games. Strategic alliance between Schenker and Seino.



**2000**
Opening of the Integrated Logistics Center Rotterdam. Schenker, Inc. named for the Salt Lake City 2002 Olympic Winter Games. Schenker and Deutsche Bahn establish Railog joint venture for railrelated logistics services.

**2001**
Merger of Schenker-BTL (Deutschland) AG and Schenker International Deutschland GmbH to form Schenker Deutschland AG.



**2002**
Schenker celebrates its 130th birthday. Schenker and Seino merge their international and logistics activities in Japan into Schenker-Seino Ltd. The Integrated Logistics Centre Narita, Tokyo is opened. Deutsche Bahn takes over majority of Stinnes.

**2003**
Official Supplier to the IOC for freight forwarding and customs clearance services for the Olympic Games (Athens 2004, Turin 2006, Beijing 2008). Integration of Schenker and Joyau in France.



**2004**
Integration of Schenker and Spedpol positions Schenker as one of the leading providers of integrated logistics in Poland. 'A-Class' licence for new subsidiary in the growth market China.

**2005**
Schenker logistics center for consumer goods in Willebroek, Belgium, starts operations. Strengthening of the network in Russia and of the market position in Norway with Linjegods.



**2006**
New structure at DB Logistics. Acquisition of BAX Global.

More information on our latest events is given at News.



