# EXHIBIT 1



**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

### Zur Beachtung:

1. Wer hat das Vermögensverzeichnis einzureichen?

Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes anmeldepflichtige ist das Vermögensverzeichnis von demselben der einreichenden Gewalt oder von dem Vormund einzureichen.

2. Bis wann ist das Vermögensverzeichnis einzureichen?

Bis zum 30. Juni 1938. Wer anmelde- und Bewertungspflichtig ist, aber die Anmelde und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geld-strafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. Wie ist das Vermögensverzeichnis auszufüllen?

Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist durchzustreichen. Reicht ist in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.

4. Wenn Zweifel entstehen, ob diese oder jene Werte in dem Vermögens-verzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.

**44614**

# Verzeichnis über das Vermögen von Juden

## nach dem Stand vom 27. April 1938

des / der *Grünbaum Franz Fried. (Fritz)    Schauspieler u. Schriftsteller*
<span style="font-size:small">(Zu- und Vorname)                              (Beruf oder Gewerbe)</span>

in *Wien IV.* , *Rechte Wienzeile* Straße, Platz Nr. *29*
<span style="font-size:small">(Wohnung oder gewöhnlicher Aufenthalt)</span>

### Angaben zur Person

Ich bin geboren am *7. April 1880*

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333) und — deutscher[1] — — Staatsangehörigkeit[1] — Ausländer[1] —

Da ich — Jude deutscher Staatsangehörigkeit[1] — Ausländer Jude[1] — bin, habe ich in dem nachstehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet[1].

Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein inländisches Vermögen angegeben und bewertet[1].

Ich bin verheiratet mit *Elisabeth* , geb. *Herzl*

Mein Ehegatte ist der Rasse nach — jüdisch[1] — nichtjüdisch[1] — und gehört der *mosaischen* Religionsgemeinschaft an.

### Angaben über das Vermögen

**I. Land= und forstwirtschaftliches Vermögen** (vgl. Anleitung § 4, 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn bei der Bewirtschaftung dauernde Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? | Art des eigenen oder gepachteten Betriebs? | Gehörte es zu ich mit einer eigenen Wirtschaft oder an der Nachung? | Wert des Betriebs RM | Zu eigenen Betrieben (Art des Betriebs und Nutzen gehörte: Wie hoch war Ihr Anteil (§ 2, 3)? |
|---|---|---|---|---|
| | | | | |

**II. Grundvermögen (Grund und Boden, Gebäude)** (vgl. Anleitung § 4, 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? | Art des Grundstücks? (z. B. Gutshandelshaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück nicht Ihnen gehörte: Wie hoch war Ihr Anteil (§ 2, 3)? |
|---|---|---|---|
| | | | |

[1] Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38)

D&M 00001

— 2 —

**III. Betriebsvermögen** (vgl. Anleitung Ziff. 11 und 12)

a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebes waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Sattlerschaft, Drogerie) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden? | Wenn der Betrieb auch Anderen gehörte: Wie hoch war Ihr Anteil (z. B. ½) |
|---|---|---|
| 1 | R.M 2 | 3 |
| | | |

_Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern_

b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung)

β) Wie hoch war Ihr Anteil?

Wie hoch war der Wert Ihres Anteils? ............ R.M

c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs? _Schauspieler u. Schriftsteller_
(z. B. Arzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der freie Beruf ausgeübt? _Wien_
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? ... _720_ R.M _Büchler_
[Eine Aufstellung dieses Vermögens, gegliedert insbesondere nach Inventar (z. B. Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.]

**IV. Sonstiges Vermögen, insbesondere Kapitalvermögen** (vgl. Anleitung Ziff. 13 bis 21)

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), und zwar:

a) festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen des Staates und Gemeinden, Obligationen von Aktiengesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung, — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben)
— vgl. Anleitung Ziff. 14

| Bezeichnung des Wertpapiers usw. [Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug!] | Zins- satz | Nennbetrag des gesamten Bestandes an dem in Sp. 1 bezeichneten Wert- papier usw. | Kurswert (gemeiner/Verkaufs-)Wert in Prozenten oder für die Stück u. dgl. | Wert für den in Sp. 3 angegebenen Nennbetrag R.M | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| _Treffereuleihe_ | | _19 à 500 $_ | | _336'50_ | |
| " | | _5 - à 100 $_ | | _338.75_ | |
| _7 St. oesd. Baulose 1923_ | | _à 7 ½_ | | _33 —_ | |
| | | | | | |

*) Nur bei festverzinslichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

D&M 00002

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Forderungen als stiller Gesellschafter, sowie Ansprüche aus Guthaben, Löhne, Ihnen und ähnliche Beträge, die am 27. Novbr. 1938 fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl. — vgl. Anleitung Ziff. 16 —
(Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.)

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins (satz) | Vertragliche Laufzeit (bis?) | Bemerkungen (z. B. Ver Umwandlung oder ausländischer Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben? (vgl. Anleitung Ziff. 16) *bei Öst. Credit-Anstalt, Filiale Wien II.* ............ 317.93 R.M
Die Beträge in ausländischer Währung und die außerdeutschen Unternehmungssätze sind im Anhange ggf. auf einer Anlage, auszugeben.

d) Geschäftsguthaben bei Erwerbs- und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) ............ R.M
Name der Genossenschaft, Ort der Geschäftsleitung .................................

e) Noch nicht fällige Ansprüche aus Lebens-, Kapital- oder Rentenversicherungen, zu berechnen mit 2/3 der eingezahlten Prämien oder Kapitalbeträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 19) ............ R.M
Name der Versicherungsgesellschaft: *Riunion adriatica Wien.*
Nr. des Versicherungsscheins: 358.742/743, 358.252/253 = Dollar 172.75a 2489 = 42.935.26
*Materia 1288.140*    " 933 "      2.322.73

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19) *Welchen Wert* ............ R.M
hatte die einjährige Nutzung? ........... R.M. Seit wann stehen Ihnen die Nutzungen zu?
Seit ........... 19....... Bis wann stehen Ihnen die Nutzungen zu? Bis ........... 19.......
(Falls das Recht nur den Nießen einer Person zusteht, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)
Welchen Kapitalwert hatte das Recht? ............ R.M

g) Gegenstände aus edlem Metall, Schmuck- und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) *Bilder u. Graphik lt. augenbl. Schätzung* 5791 R.M

h) Edelmetalle, Edelsteine und Perlen? *Schmuck* " 750 R.M

i) Anderes nicht unter a bis h fallendes sonstiges Vermögen? (vgl. Anleitung Ziff. 21) ............ R.M
(z. B. Urheberrechte, geschützte und nicht geschützte Patente oder Warenzeichen, sowie Gewerbeberechtigungen, die nicht zum Betriebsvermögen nach ausgegeben werden.)
Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben.

*Bezüglich Urheberrechten u. bezüglich Veräußerungen s. Bemerkungen Punkt VI*

D&M 00003

-- 4 --

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden.
Sie sind nachstehend im einzelnen aufzuführen)

### a) Schulden (vgl. Anleitung Ziff. 22).

| Art der Schuld (z. B. Hypotheken, Darlehnsschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins (zj.%) | Vertragliche Laufzeit bis zj. | Bemerkungen (z. B. über Anerkennung einer vollwertigen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23).

Welchen Wert hat die einjährige Leistung? .......... R.M.  Seit wann sind die Leistungen zu entrichten? Seit .......... 19 .....

Bis wann sind die Leistungen zu entrichten? (Habt Ihr Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis .......... 19 ..... Welchen Kapitalwert hatte die Last? .......... R.M.

## VI. Bemerkungen:

*zu 1* Als Lehrer ist einiger Operetten vereinnahmte S. Grünbaum
im Jahre 1937 lt. Steuerfassion an Valegatantiemen RM 460
als Mitglied d. Autorengesellschaft                                  » 2762.66

*zu 2* Ende Mai 1938 hat S. S. Grünbaum die hier angeführten
Versicherungen an seine Gattin Elisabeth Grünbaum
cediert, was mit Schreiben vom 14. Juli 38 der Vermögens-
verkehrsstelle mitgeteilt wurde.

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen
in diesem Vermögensverzeichnis vollständig angegeben zu haben.  Soweit Werte in diesem Vermögensverzeichnis
angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

Wien, .......... 1. August 1938

Elisabeth Grünbaum für Franz Friedr. Grünbaum
(Unterschrift des Anmeldenden selbst oder bei an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

Als Vollmacht v. 16. Juli 1938.

### Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben



D&M 00005

DEWEY BALLANTINE LLP                                                    202 862 1093    P.12/39

Document No. 1 (four pages)

[Handwritten entries are printed in italics]

Page 1 of 4)

"Verzeichnis über das Vermögen von Juden"
(Inventory of the property of Jews)

*for Franz Friedrich Grünbaum, Actor and Writer, residing in Vienna, IV. Rechte*
*Wienzeil 29*

This is an inventory of personal property of Jews as required by the Reichsvermögensamt
(property office). It is divided into the following categories:

I.      Farm and Forest Property
II.     Real Estates (Land, Buildings)

Page 2 of 4

III.    Commercial Property (Books 720 RM)
IV.     Other Property, especially Capital with subcategories for
a)      Bonds, Stocks et cetera 336.5 RM, 338.75 RM, 33 RM

2

*February 2, 1998*

D&M 00006

Page 3 of 4

b)       Mortgage, Liens et cetera
c)       Bank Accounts
(Österreichische Creditanstalt, Branch Vienna VI: 317.93 RM)
d)       Commercial Accounts
e)       Life Insurance Policies
(Riunione adriatica Vienna, Policy Nr. 358742/743a, 358252/253a
Dollar 17250 @ 2489 = 42.935.29;
Viktoria, Policy Nr. 1285140, Dollar 933 = 2,322.73)
f}       Retirement plans
g)       Objects made from precious metals, Jewelry, Objet d'Art and Collections:
Paintings and Prints as according to enclosed appraisal: 5,791 RM
h)       Precious metals, jewels, pearls
Jewelry: 750 RM
i)       Other
Regarding Copyrights and regarding Insurance Policies, see Notes Section VI

Page 4 of 4

V.     Debts and other Obligations
VI.    Notes
re.i As librettist for several operettas, F. Grünbaum had an income according to his tax
assessment for the year 1937 of RM 460 in publishers royalties and as member of the
author's society of 2,762.66 RM.

re.e At the end of may 1938, F.F. Grünbaum wrote the insurance policies given
hereunder over to his wife Elisabeth Grünbaum, notice of which was given in a letter
dated July 14, 1938 to the Vermögensverkehrsstelle.

signed on August 1, 1938 in Vienna by Elisabeth Grünbaum on behalf of Franz Friedrich
Grünbaum by power of attorney issued July 16, 1938.

3

February 2, 1998

D&M 00007

# EXHIBIT 2

44614

Dachau, 16.Juli 1938 - - - - - - - - - - - -

## V O L L M A C H T ,

mit welcher ich, gefertigter Franz Friedrich ( genannt Fritz )
G r ü n b a u m , Schauspieler in Wien, IV., Rechte Wienzeile
29, derzeit Dachau, meine Ehefrau Elisabeth G r ü n b a u m ,
Wien IV., Rechte Wienzeile 29 , ermächtige, für mich das
gesetzlich vorgeschriebene Vermögensbekenntnis einzubringen
und alle für dessen Rechtswirksamkeit nach den gesetzlichen
Vorschriften erforderlichen Erklärungen und Unterschriften
für mich abzugeben und mich überhaupt in allen meinen Ange-
legenheiten rechtswirksam zu vertreten . Ich ermächtige sie
gleichzeitig auch , diese Vollmacht in gleichen oder ein-
geschränkten Umfang auf eine andere Person nach ihrem freien
Ermessen zu übertragen . - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - Fritz Grünbaum m.p. - - - - - -

Abschrift stimmt mit dem mir vorliegenden, ungestem-
pelten Originale, welches aus einem Bogen besteht , vollkom-
men überein . - - - - - - - - - - - - - - - - - - - -
- - - Wien, am sechsundzwanzigsten Juli Eintausendneunhundert-
achtunddreissig . - - - - - - - - - - - - - - - - -
Geb.Geb. 1.20 RM.

D&M 00008

Document No. 2 (one page)

(full translation)


Dachau, July 16, 1938

Power of Attorney

by which I, the undersigned G\Franz Friedrich (known as Fritz) Grunbaum, actor in Vienna, IV. Rechte Wienzelle 29. currently Dachau, empower my spouse Elisabeth Grunbaum, Vienna IV., Rechte Wienzelle to submit on my behalf the Vermogensbekenntnis [declaration/statement of property] as required by law, and to provide any signatures or other declarations that may be required in order to ensure that it complies with the law, and generally to act on my behalf in all matters. At the same time I also empower her, to transfer this power of attorney in whole or in part onto another person of her own free choosing.

Fritz Grunbaum m.p.


This copy agrees completely with the unstamped original before me, which consist of a single sheet. ---------- Vienna, on the twenty-sixth July Nineteen thirty eight.

Gen. Geb. [fee] 1.20 RM [signed and stamped] Dr. Hans Wallner

4

February 2, 1998

D&M 00009

# EXHIBIT 3

# Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, nur die Endziffern des jeweiligen Vermögensbestandteils einzusetzen.

Zu und Vorname: _Franz Friedr. Isra Grünbaum_ geb. _7.4.1880_

derzeitige Anschrift: _4 Rechle Wienzeile derzt Weiman - Budeaux_

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April 1938 Wert in RM | Stand von heute Wert in RM | |
| I. | Land- und Forstwirtschaftlicher Besitz | _Keines_ | _Keines_ | |
| II. | Grundvermögen (Grund — Boden Gebäude) | _Keines_ | _Keines_ | |
| III. | Betriebsvermögen | _Keines_ | _Keines_ | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | _Rm 56.047.22_ | _Rm 8.370.-_ | |
| V. | Schulden und Lasten | _Keine_ | _Keine_ | _19 Juli 1939_ |
| VI. | Gesperrtes Vermögen | Beschlagnahm. von wem? | Wert in RM | Wo befinden sich die Werte? |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am _Juni 1939._

_Franz Friedr. Isra Grünbaum_
_Elisabeth Sara Grünbaum_
Unterschrift.

D&M 00010

Document No. 3 (one page)
[Handwritten entries are printed in italics]

Vermögensbekenntnis
(Statement of Property)

for *Franz Friedrich Israel Grünbaum, born April 7, 1880*
Address: *4 Rechte Wienzeile,* currently *Weimar-Buchenwald*

second column: *As of April 17, 1938.* third column: *as of today* (value in RM)

| | | As of April 17, 1938 | as of today |
|------|------------------------------------------------|----------------|----------|
| I. | Farm and Forest Property | *none* | *none* |
| II. | Real Estate (Land, Buildings) | *none* | *none* |
| III. | Commercial Property | *none* | *none* |
| IV. | Other Property (Cash, Bank Accounts, Stocks) | *RM 56,047.22* | *RM 8,370* |
| V. | Debts and other Obligations | *none* | |
| VI. | Confiscated Property | | *none* |

*Cash and Stocks/Bonds confiscated by order of Devisenstelle (foreign currency office).*
*The use of these is possible only by permission of the Devisenstelle.*

signed *Elisabeth Grünbaum* by power of attorney for Franz Friedrich Grünbaum
*June 1939*

5

February 2, 1998

D&M 00011

# EXHIBIT 4

Document No. 4 (3 pages)

Appraisal

of the Art collection of Mr. Franz Friedrich Grünbaum, Wien IV, Rechte Wienzeile 29,
according to the value as of January 1, 1938, or (without change) as of April 27, 1938.,

signed by Dr. Franz Kieslinger
Expert of the Dorotheum for medieval Art


NOTE: FOLLOWING THREE PAGES OF TEXT (IN DIFFERENT FONT) CONTINUES
TRANSLATION OF DOCUMENT 4.

D&M 00012

13:01  14 01 12   FAX 43 : 402484831   Walser COM Wien            Ø010

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE      133

44614

S c h ä t z u n g s g u t a c h t e n .
--------------------------------------------

über den Kunstbesitz des Herrn Franz Friedrich Grünbaum, in Wien IV.,
Rechte Wienzeile 29, nach dem gemeinen Wert vom 1. Jänner 1938 bezie-
hungsweise (unverändert) vom 27. April 1938.

P.Z.            Gegenstand                          Schätzwert in R.Mark.

A) Herrenzimmer.

| P.Z. | Gegenstand | Schätzwert in R.Mark. |
|---|---|---|
| 1. | E. Schiele, der Selbstseher, Oel, Lw. | |
| 2. | „   Frauenportrait, Oel, Lw. | |
| 3. | „   Stadt am Fluss | 300.-- |
| 4. | „   Kleine Landschaft mit Bäumen | 200.-- |
| 5. | „   Schiffe im Hafen | 25.-- |
| 6. | M. Oppenheimer, (Mopp) Bläserquintett | 20.-- |
| 7. | Russisches Ikon auf Goldgrund, Fragment | 15.— |
| 8. | Französisches Aquarell, modern, Mädchen  in Landschaft | 30.— |
| | Skizze | 20.-- |
| 9. | Franz. Aquarell, modern, Landschaft mit Häuserzeile | |
| | und wolkigem blauen Himmel | 10.-- |
| 10. | G. Harpignis, Landschaft mit entlaubten Bäumen,Aquarell | 30.-- |
| 11. | P. Signac, Fluss mit grossem Boot, Stadt im Mittelgrund | |
| | aquarellierte Zeichnung | 10.-- |
| 12. | Holzstatuette, Reste von alter Fassung, Barok, deutsch | |
| | Christus, stark beschädigt | 40.-- |
| 13. | Holzstatuette, Engel, spanisch um 1600 | |
| 14. | „      heiliger Franziskus, Ob.Oest. um 1600 | 30.-- |
| 15. | E. Orlik, Dschunken am Fluss, frabige Radierung | 30.-- |
| 16. | F. von Stuck, Zentaur, aquarellierte Zeichnung | 50.-- |
| 17. | Egger-Lienz, 2 Soldaten vor Gebirgslandschaft,Aquarell | 8.-- |
| 18. | E.Huber, Dalmatinischer Marktplatz | 200.-- |
| 19. | „      Dalmatinische Stadt mit Meeresbucht | 60.-- |
| 20. | Willy Nowak, Strasse bei Nacht, linksvorne Wagen,Aquarell | 30.-- |
| 21. | Viktor Tischler, Landschaft, Oel, Lw. | 30.-- |
| 22. | H. Canal, Landschaft mit Mühle bei Mondenschein, Oel.Lw. | 25.-- |
| 23. | Zwei Initialen aus illuminierten Codices | 20.-- |
| | a) aus grossem Missale mit Noten | 20.-- |
| | b) kleines Gebetbuch, Holzschnitt von Dürrer,Aufl. | |
| | Druck | |
| | | 45.-- |
| | Transport R.M. | 1.248.- |

D&M 00013

15.01  98  07:18   FAX 43 1 40245431    Walker COM Wien                                        ⌀011

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE      133

44614

2

| P.Z. | Gegenstand | Schätzwert in R.Mark |
|---|---|---|
| | Transport | |
| 24. | Stefano della Bella, Radierungen, 20 Stück, | 1248.-- |
| 25. a | Rembrandt-Radierungen, 4 Stück, späters Drucks, | |
| b | Kreis des Rembrandt, Gelehrter. | 15.-- |
| 26. | Ein Konvolut deutscher Radierungen, 13 Blatt Pencz | 250.-- |
| | 3 Beham, 2 Lucas v.Leyden,1 H.Hopfer, 1 Urs Graf,(Neudruck),1 Schongauer (nach ihm ?) 1 Aldegraver, 1 Altdorfer. | |
| 27. | 3 Kupferstiche von Dürer, Auferstehung (Duplette der Bremer-Kunsthalle, stark beschnitten) , Bartholomäus, das monstreuse Schwein. | 180.- |
| 28. | 1 Konvolut, 2 Niello, 3 holländische Radierungen, ein Schrotblatt | 100.- |
| 29. | 7 Blatt Kupferstiche Beham | 9.-- |
| 30. | 1 Konvolut: 1 Farbholzschnitt a.e.Livre d'Heure, 4 franz. Stiche (2 Callot, Demarne, Delacroix) 6 italienische Stiche (Tiepolo, Castiglione, Reni), 2 Radierungen Ostade, 2 dtto. Karel Dujardin, 2 dtto. Bega, 1 Kupferstich von Goltzius, 1 Radierung von Dietricy 1 Radierung von Roos | 40.-- |
| 31. | 25 zeitgenössische Radierungen | 15,-- |
| 32. | Zeitgenössische Graphik, Orlik, Pechstein, Liebermann u.a. 81 Stück | 10,-- |
| 33. | Drucktechnik von Dore und Daumier 9 Blatt | 15,-- |
| 34. | Zeitgenössische Graphik 10 Blatt (Kollwitz, Harta, Kriehuber etc. | 20,-- |
| 35. | Drei grosse Graphiken, Münzer, Mopp, Klinger, Faistauer | 15,-- |
| 36. | 12 Kupferstiche des 17. und 18. Jahrhunderts und 3 Handzeichnungen, 1 nach Carracci und 2 Blatt 19 Jh. deutsch | 10.-- |
| 37. | Grosse Handzeichnungen von Schiele 55 Blatt mit Farben | 20.-- |
| 38. | 20 Bleistiftzeichnungen und 1 Radierung v.Schiele | 1200.-- |
| 39. | Zeitgenössische Aquarelle und Zeichnungen (Schatz,Vitasek Kokoschka, Mopp, Gütersloh etc) 24 Blatt | 300.-- |
| 40. | Zeitgenössische Zeichnungen u.Aquarelle, grosse Formate (Mopp, Faistauer, Kolik, etc. 18 Blatt | 30.-- |
| 41. | 2 grosse Kokoschka, weibliche Köpfe, Hdz. | 90.-- |
| 42. | Tötel-Blatt, Englisch, 2 Kutscherstudien | 50.-- |
| 43. | Reproduktion nach Gemazme, Lithogr. | 15.-- |
| 44. | Deckenentwurf, Aquarell, ital. 18. Jh. | 10.-- |
| 45. | 2 franz.Blätter, Art des Gavarni Mädchen mit Kind 18.Jh. | 30.-- |
| 46. | Ital. Barockzeichnung, Mitte des 18.Jh. Deckenentwurf | 20.-- |
| 47. | 1 Konvolut von 3 Handz. Calams,Israels,Tiroler Barockmaler Zeichnungen des 18.u.19.Jh., (die wichtigeren Zuschreibungen falsch, wie Gaugoin, Chodowieski etc.) 20 Blatt | 12.-- |
| | | 30.-- |
| | | 80.-- |
| | Transport   R.M. | 3.814.-- |

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.O.
HOCHSTRASSE      133

44614

3

| P.Z. | Gegenstand | Schätzwert in R.Mark |
|---|---|---|
| | Transport | R.Mk  3.814.-- |
| 48. | 15 franz. Zeichnungen, darunter Doré Meissonier, Rodin, Degas, angebl. Corot, Constable (?) Gavarni Courbet, 2 Guys, Daubigny. | |
| 49. | Konvolut, geringere Zeichnungen des 19.Jh. 14 Blatt | 400.-- |
| 50. | Kleines Altwiener Aquarell, Art des Treml, bäuerliche Prozession, gerahmt. | 35.-- |
| 51. | Konvolut, 32 kleine Zeichnungen und Aquarelle, zumeist sto. aber auch Spitzweg. Schwind (?) Altwiener-Meister, Thomas Ender, Pettenkofen, Makkart | 30.-- |
| 52. | Konvolut mittelgrosser Zeichnungen, darunter Pettenkofen, Gauermann, Kaufmann, ein unwichtiges Blatt von Menzl, Corinth, Liebermann, drei bescheidene Blätter von Spitzweg, Knaus, Habermann,  20 Blatt | 400.-- |
| 53. | Eine Mappe enthaltend 6 Blatt Aquarelle und Zeichnungen darunter ein Hodler (?) | 250.-- |
| | | 150.-- |

### B)  Speisezimmer.

| 54. | 1 Knabenportrait v. Erasmus, Engerth, Oel. Lw. | |
| 55. | Kleines Oelbild, Waldrand mit Staffage von Stockmann | 200.-- |
| 56. | Molnar, Stilleben, Oel.Lw. | 20.-- |
| 57. | Epstein, Selbstportrait, Zeichnung, | 20.-- |
| 58. | Robert Russ, Wiesenlandschaft, | 15.-- |
| 59. | Willroider, Landschaft, Oel. | 30.-- |
| 60. | Burghard Walde, Tiroler Bäuerin, Oel | 20.-- |
| 61. | Leopold Karl Müller, Studie aus Kairo, Oel | 25.-- |
| 62. | 5 Biedermeier Portraitsminiaturen, 1 Stich, 1 Glückwunschkarte, 1 Silhuette, | 60.-- |
| 63. | 2 ganz kl. Oelbildchen, Landschaft und Fellachenknabe | 100.-- |
| 64. | Holl Bauernmädchen, Art des Bartels, | 20.-- |
| 65. | 2 Robert Schleich, Heuwagen und Schafherde, | 80.-- |
| 66. | 1 dekoratives Oelbildchen, zus. | 70.-- |
| | | 10.-- |

### C)  Schlafzimmer.

| 67. | Angebl. Kriehuber, Praterbäume, | 20.-- |
| 68. | Genrebild undeutlich signiert, Mann in Bibliothek | 12.-- |
| | | R.Mark  5.791.- |

In Worten:Fünftausendsiebenhunderteinundneunzig Reichsmark.
Obige Gegenstände in 68 Teilposten,Gesamtschätzbetrag von 5791 Mark wurden von mir am heutigen Tag nach dem gemeinen Wert wie oben geschätzt. Wien, am 20. Juli 1938.

EXPERTE   DES   DOROTHEUMS
für mittelalterliche Kunst
M. MITGLIED DES INST. FÜR
ÖSTERR. GESCHICHTSFORSCHUNG
WIEN

D&M 00015

| III. Commercial Property | none | none |
| IV. Other Property ( Cash, Bank Accounts, Stocks ) | RM 56,047.22 | RM 8.370 |
| V. Debts and other Obligations | none | none |

VI. Confiscated Property
*Cash and Stocks/Bonds confiscated by order of Devisenstelle (foreign currency office). The use of these is possible only by permission of the Devisenstelle.*

signed Elisabeth Grünbaum by power of attorney for Franz Friedrich Grünbaum
June 1939

Document No.4 ( one page )   **(3 pg6)**

**Appraisal**

of the Art collection of Mr. Franz Friedrich Grünbaum, Wien IV, Rechte Wienzeile 29, according to the value as of January 1, 1938, or ( without change) as of April 27, 1938.,

signed by Dr. Franz Kieslinger
Expert of the Dorotheum for medieval Art

Document No.5 ( two pages )

**Inventory**

of the property of Franz Friedrich Israel Grünbaum, currently in protective custody in the concentration camp Weimar-Buchenwald, as of June 30, 1939, with reference to the Declaration of Property submitted April 27, 1938 and the notice of change given in the beginning of February 1939 on the occasion of the first submission to the central office for Jewish emigration.

1.) Cash: RM 1826.00
2.) Stocks and Bonds, unchanged: 7 Austrian Baulose: RM 33.00
3.) Paintings and Prints: RM 5,791.00
4.) Books: RM 720

Total: RM 8370.00

D&M 00016

General Administration
Archive of Austria

National Socialist Department for
the Movement of Goods

Document No. 4 (1 of 4)

Dr. Franz Kieslinger
Hochstrasse 133
Perchtoldsdorf, Lower Austria

Appraisal

of the art collection of Franz Friedrich Grunbaum, in Vienna IV,
Wienzeile 29 recording as current value as of January 1, 1938
(without change) as of April 27, 1938.

Item No.   Object

Estimated Value RM

A. Parlor

| | | |
|---|---|---:|
| 1. | E. Schiele   The Self-Seers, oil on canvas | 300 |
| 2. | "          Portrait of a Woman, oil on canvas | 200 |
| 3. | "          Town by a River (Dead City) | 25 |
| 4. | "          Small Landscape with Trees | 20 |
| 5. | "          Ships in the Harbor | 15 |
| 6. | M. Oppenheimer, (Mopp) Woodwind Quintet | 30 |
| 7. | Russian icon on gold background, fragment | 20 |
| 8. | French watercolor sketch of a girl in a landscape | 10 |
| 9. | French watercolor, contemporary, landscape with houses and cloudy blue sky | 30 |
| 10. | C. Harpignis, landcsape with leafless trees, watercolor | 10 |
| 11. | P. Signac, river with large boat, town in middle distance, drawing with watercolor | 40 |
| 12. | Wooden statuette of Christ, remains of old frame, baroque, German, badly damaged | 30 |
| 13. | Wooden statuette of an angel, Spanish, ca 1600 | 30 |
| 14. | St. Francis, Upper Austria, ca 1600, wooden statuett | 30 |
| 15. | E. Orlik, Junks in a River, color etching | 50 |
| 16. | E. von Stuck, Zentauer, drawing with watercolor | 8 |
| 17. | Egger Lienz, two soldiers in a mountain landscape, watercolor | 200 |
| 18. | E. Huber, Market square in Dalmatia | 60 |
| 19. | E. Huber, Seaside town in Dalmatia | 30 |
| 20. | Willy Nowak, Street by night with car, watercolor | 30 |
| 21. | Viktor Tischler, Landscape, oil on canvas | 25 |
| 22. | H. Canal, landscape, mill in moonlight, oil on canvas | 20 |
| 23. | Two initials from illustrated codices: | 20 |
| | a) large missal with notation | |
| | b) print of Durer woodcut from small prayer book | 45 |

Subtotal   1,248

D&M 00017

Item        Object

                                    Estimated Value RM

                                    Subtotal 1,248

24. Stefano della Bella, Etchings, 20 pieces
25. a.Rembrandt Etchings, 4 pieces, later prints [from plate]          15
    b. Circle of Rembrandt, Scholar
26. Group of German Etchings, 13 Sheets Pencz                          250
    3 Beham, 2 Lucas v. Leyden, 1 H. Hopfer, 1 Urs Graf (print),
    1 Shongauer (aft. Shong.?), 1 Aldegraver, 1 Altdorfer
27. 3 Engravings by Durer, Resurrection (double of the                180
    the Bremer Kunsthalle, heavily trimmed), Bartholomew
    The monstrous Pig
28. 1 Group, 2 Nielle, 3 Dutch Etchings, 1 Schrotblatt
29. 7 Copper engravings Beham                                           9
30. 1 Group: 1 color woodcut from a Book of Hours; 4 French en-
    gravings (2 Callot, Demarne, Delacroix); 6 Italian engravings
    (Tiepolo, Castiglione and Reni); 2 Etchings Ostade; 2 Etch-
    ings Karel Dujardin, 2 Etchings Beta, 1 Kupferstich von Golt-
    zius, 1 Etching by Ditricy, 1 Etching by Roos
31. 23 Contemporary etchings                                           15
32. Contemporary prints, Orlik, Pechstein,Liebermann et al (21)        10
33. Intaglio prints by Dore and Daumier (9 works)                      15
34. Contemporary prints 10 items: Kollwitz, Harta, Tischler etc.)      20
35. 5 Large prints, Munzer, Mopp, Klinger, Faistauer, Kriehuber        15
36. 18 Copper Engravings from the 17th and 18th century and 3          10
    drawings, 1 after Carracci and 2 works German, 19th century
37. Large drawings by Schiele, 55 works colored                        20
    a. 20 drawings and 1 print from Schiele                         1,200
38. Contemporary watercolors and drawings (Schatz, Vitasek,            300
    Kokoschka, Mopp, Gutersloh etc.) 24 works
39. Contenporary watercolors and drawings, large format, 1 Mopp         30
    Faistauer, Kolik, 18 works)
40. 2 Large Kokoschka drawings of femal heads                          90
41. Work by Totel, English, 2 studies of Coachmen                      50
42. Reproduction after Cezanne, lithgraph                              15
43. Ceiling design Italian 18th century                                18
44. 2 French B           Girl with child 18th century                  30
45. Italian Baroque drawing, celing design, mid 18th century           20
46. 1 Group of 3 drawings Clame, Israels, Tyrolean Baroque painters    12
47. 1 Group of drawings from the 18th and 19th century (the most im- 30
    portant attributions ??? from Gauguin, Chodowieski etc. 20 works 80

                                    Subtotal

                                            3,814  RM

D&M 00018

| Item | Object | Estimated Value | RM |
|------|--------|-----------------|-----|
| | | Subtotal | 3,814 RM |

48. 15 French drawings among them Dore, Meisonnier, Rodin, Degars[?], alleged Corot, Constable (?) Gavarni, Courbet, 2 Guys, Daubigny

49. Group of drawings of minor value, 19th century, 14 works — 400

50. Small waterolor of old Vienna, in the manner of Term, a procession in the cvountry — 30

51. Group of 32 small drawings and watercolors, mostly old Vienna, master Thomas Ender, Pettenkofen, Makkart etc. and others Spitzweg, Schwind (?) — 30

52. Group of medium sized drawings, Pettenkofen, Gauernvan, Kaufman, 1 unimportant work from Menzl, Corinth, Lieberman, 3 modest works from Spitzweg, Knaus, Haberman, 20 works. — 400

53. One portfolio containing 6 watercolors and drawings amongst them one Hodler. — 250

150

(B) Dining Room

54. One portrait of a boy by Erasmus, Engarth, oil on canvas
55. Small oil painting, forest edge with staffage by Stockmann — 200
56. Molnar, still life, oil on canvas — 20
57. Epstein, self-portrait — 20
58. Robert Russ, Meadow Landscape — 15
59. Willroider, landscape, oil on canvas — 30
60. Burghard Walde, Tyrolean peasant woman, oil — 20
61. Leopold Karl Muller, Study of Cairo, oil on canvas — 25
62. 5 Biedermeier miniature portraits, 1 engraving, 1 card, 1 silhouette — 60
63. 2 very small oil paints , landscape and Egytian boy — 100
64. Holl, peasant girl, manner of Bartels — 20
65. 2 Robert Schleich, Haywagon and Flock of Sheep together — 80
66. 1 small, decorative oil painting — 70

10

(C) Bedroom

67. Paint of Prater trees, attributed to Krienhuber — 20
68. Gesso painting, illegible signature, Man in Library — 12

| | R. Mark | 5,791 |

In words: Five Thousand Seven Hundred and Ninety One Reichsmark.

Above items in 68 individual parts. Total estimated valu of 5,791 Mark was estimated by me according to current values as above on this day. Vienna. July 20, 1938.

[signed] Dr. Franz Kieslinger

D&M 00019

Expert of the Dorotheum for medieval art.

D&M 00020

# EXHIBIT 5

V e r z e i c h n i s

über das Vermögen des Franz Friedrich Israel G r ü n b a u m ,
derzeit in Schutzhaft im Konzentrationslager Weimar-Buchenwalde,
nach dem Stande vom 30. Juni 1939 unter Hinweis auf die Vermö -
gensanmeldung vom 27.April 1938 und die anlässlich der ersten
Einreichung in der Centralstelle für jüdische Auswanderung anfangs
Februar 1939 erstattete Veränderungsanzeige :

1.) Bargeld .............................. RM 1826.-

2.) Wertpapiere, unverändert 7 Stück österr.

    Baulose ............................ " 33.-

3.) Bilder und Graphik ................... " 5791.-

4.) Bücher ............................. " 720.-

                    zusammen   RM 8370.-

Die Differenz zwischen obiger Summe und der der Vermögens-
anmeldung nach dem Stande vom 27.April 1938 erscheint gerechtfer-
tigt durch

1.) Bezahlung der Reichsfluchtsteuer in der Höhe
von .............................. RM 17.250.-

2.) der Judenvermögensabgabe im Ausmasse v. " 8.800.-

für mich und meine Gattin Elisabeth Sara Grünbaum .

Die in der Vermögensanmeldung angeführten Versicherungs -
polizzen der Riunione Adriatica di Sicurta und der Victoria zu
Berlin wurden wie bereits angegeben an meine Gattin zediert, was
der Vermögensverkehrsstelle am 15. Juli 1938 angezeigt worden ist.

Der Schmuck im Werte von 750 RM laut Vermögensanmeldung
wurde am 31.März 1939 abgeliefert; Entgelt hiefür habe ich bis
zum heutigen Tage nicht erhalten.

D&M 00021

Der mir gehörige Bargeldbetrag verminderte sich durch die Bemessungsgebühr der Centralstelle für jüdische Auswanderung per RM 1000.-, Geldsendungen meiner Gattin an mich in das Konzentrationslager zwischen 30. Jänner und 30. Juni 1939 per RM 720.-, für Visagebühren, etc. per RM 179.- auf die eingangs angegebene Höhe von RM 1826.-

Bargeld und Wertpapiere sind mit Sicherungsanordnung der Devisenstelle Wien Zl. 858/38-90 vom 3. August 1938 sichergestellt worden, es durfte seither über diese Werte nur mit Bewilligung der Devisenstelle Wien verfügt werden.

D&M 00022

Document No. 5 (two pages)

Inventory

of the property of Franz Friedrich Israel Grünbaum, currently in protective custody in the concentration camp Weimar-Buchenwald, as of June 30, 1939, with reference to the Declaration of Property submitted April 27, 1938 and the notice of change given in the beginning of February 1939 on the occasion of the first submission to the central office for Jewish emigration.

1.)     Cash:  RM 1826.00
2.)     Stocks and Bonds, unchanged: 7 Austrian Baulose: RM 33.00
3.)     Paintings and Prints: RM 5,791.00
4.)     Books: RM 720

Total: RM 8370.00

The Difference between the above sum and the Property Declaration of April 27, 1938 appears justified by
1.) Payment of Reichsfluchtsteuer (Emigration tax) to the sum of RM 17,250.00

2.)     Jewish Property Levy of RM 8,800.00
for me and my wife Elisabeth Sara Grünbaum.

The Insurance policies listed in the Property Declaration with Riunione Adriatica di Sicurta and the Viktoria Berline were written over to my wife as per previous notice to the Vermögensverkehrsstelle on July 15, 1938.

The Jewelry valued at RM 750 according to the Property Declaration were handed over on March 31, 1939; I have not received compensation for these to this day.

The Cash sum that I own was diminished by the assessment of the central office for Jewish emigration of RM 1000, Moneys sent to me by my wife to the concentration camp between January 30 and June 30 of RM 720, for visa fees etc. of RM 179 from the initial sum in the beginning, to RM 1826.

Cash and Stocks were confiscated by the Devisenstelle Wien on August 3, 1938 and could be used since then only with permission by this office.

7

February 2, 1998

D&M 00023

# EXHIBIT 6

44614

*Wert 27.4.38*

*Herr Franz Friedrich (Fritz) Grünbaum*, Wien

| | | | |
|---|---|---|---|
| 1 gold. Zig Etui, mass gelb. | | RM | 350 — |
| 1 " Dunhill Feuerzeug | | " | 100 — |
| 1 " Uhr Kette | | " | 80 — |
| 1 " Taschenuhr "Vacheron & Constantin" | | " | 220 — |
| | | RM | 750 — |

Wien 28. Juli 1938

Carl Brunner

KOMMERZIALRAT
**CARL BRUNNER**
GER. BEEID. SACHVERST. u. SCHÄTZMEISTER
Inh. d. Fa. M. HÜBNER, Juwelier
WIEN I, KOHLMARKT 15

JWELIER
**HÜBNER**
WIEN I
OHLMARKT 15

D&M 00024

The Difference between the above sum and the Property Declaration of April 27, 1938 appears justified by

1.) Payment of Reichsfluchtsteuer ( Emigration tax) to the sum of RM 17,250.00

2.) Jewish Property Levy of RM 8,800.00
for me and my wife Elisabeth Sara Grünbaum.

The Insurance policies listed in the Property Declaration with Riunione Adriatica di Sicurta and the Viktoria Berlin were written over to my wife as per previous notice to the Vermögensverkehrsstelle on July 15, 1938.

The Jewelry valued at RM 750 accorsing to the Property Declaration were handed over on March 31, 1939; I have not received compensation for these to this day.

The Cash sum that I own was diminished by the assessment of the central office for Jewish emigration of RM 1000, Moneys sent to me by my wife to the concentration camp between January 30 and June 30 of RM 720, for visa fees etc. of RM 179 from the initial sum of RM 1826.

Cash and Stocks were confioscated by the Devisenstelle Wien on August 3, 1938 and could be used since then opnly with permission by this office.

Document No. 6 ( one page )

Receipt(?)

List of items ( cigarette case, Dunhill lighter, chain, watch )

signed: Carl Brunner, Vienna July 28, 1938

Document No. 7 ( one page )

D&M 00025

<u>Document No. 6 (one page)</u>

April 27, 1938

Appraisal addressed to Franz Friedrich (Fritz) Grünbaum

List of items (cigarette case, Dunhill lighter, chain, watch)

signed: Carl Brunner, Appraiser and Jeweler, Vienna July 28, 1938

8

D&M 00026

# EXHIBIT 7

A b s c h r i f t !

S T E R B E U R K U N D E

(Standesamt  D a c h a u   Nr. 196/1941)

———— Friedrich Franz  G R Ü N B A U M ————
wohnhaft in Wien IV, Rechte Wienzeile 29 ————

ist am 14. Januar 1941 ———— um 5 Uhr 00 Minuten
in D a c h a u —————————————————

verstorben.

Der Verstorbene war geboren am 7. April 1880 ————
in Brünn —————————————————————
Der Verstorbene war verheiratet, Ehefrau unbekannt.

—————————————————————————

—————————————————————————

Standesamt Dachau
    Bayern            Dachau, den 29. Oktober 1962
(Siegel)
                        Der Standesbeamte

                    unleserliche Unterschrift

                        I.V.

Für d. Richtigkeit der Abschrift:



D&M 00027

Document No. 7 (one page)

COPY
Death Certificate

Registry Office Dachau, Nr. 196/1941
Friedrich Franz Grünbaum
residing in Wien IV, Rechte Wienzeile 29
died on January 14, 1941, at 5am in Dachau.

The Deceased was born on April 7, 1880 in Brünn.  The Deceased was married; spouse
unknown.

Standesamt Dachau, Bayern
October 29, 1962

issued:
Standesamt Dachau, October 29, 1962

9

February 2, 1998

D&M 00028

# EXHIBIT 8

Dieser Bescheid ist rechtskräftig
seit — 1. Aug. 1963
Landesgericht für ZRS. Wien, Abt. 48

48 T 935/52—9

m — 2. Aug. 1963 194

Holzer

Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung

## Todeserklärung

### Elisabeth Grünbaum

geborene Herzl, geboren am 28.4.1898 in Wien II., als Tochter
des Bernhard Herzl, und der Julia Herzl, geborene Engelmann,
eingetragen im Geburtsprotokolle der Israelitischen Kultusge-
meinde Wien, Nr. 1072/1898, mosaisch, österreichische Staats-
bürgerin, laut Eintragung im Trauungsbuche der Israelitischen
Kultusgemeinde Wien, Nr. 714/1919 I, seit 10.11.1919 mit Franz
Friedrich Grünbaum verheiratet, zuletzt wohnhaft in Wien I.,
Mara Aurelistraße 5/7, wird auf Antrag von Emil Kosner, Roma,
Via Asmara 10a, nach fruchtlosem Verlauf der Aufgebotsfrist

### für tot erklärt

und der 5. Oktober 1942, 24.00 Uhr, als Zeitpunkt des Todes
festgestellt.

### Begründung:

Durch die gepflogenen Erhebungen und zwar auf Grund des
Schreibens der Israelitischen Kultusgemeinde Wien vom 31.7.1962
und des Zentralmeldungsamtes Wien vom 28.8.1962, sowie auf Grund
der unbedenklichen Angaben der antragstellenden Partei ist nach-
stehender Sachverhalt festgestellt:

Elisabeth Grünbaum ist am 5.10.1942 aus rassischen Gründen
von Wien nach Minsk gebracht worden und scheint in der Rück-
kehrerkartei der Israelitischen Kultusgemeinde Wien nicht auf.

Auf Grund der festgestellten Tatsachen hat sich die ver-
schollene Person in Lebensgefahr (§ 7 Todeserkl. Ges. 1950)
befunden.

Nach dem Ergebnis der Ermittlungen liegen Anhaltspunkte für
einen wahrscheinlichen Zeitpunkt des Todes nach § 9 Abs. 2
Todeserkl. Ges. 1950 nicht vor; es war daher gemäß § 9 Abs. 3
lit d Todeserkl. Ges. 1950 der Beginn der Lebensgefahr als Zeit-
punkt des Todes festzustellen.

Da die Todeszeit nur dem Tage nach festgestellt ist, so gilt
nach § 9 Abs. 6 Todeserkl. Ges. 1950 das Ende des Tages als Zeit-
punkt des Todes.

Landesgericht für ZRS Wien
Wien 10., Angeligasse 36
Abt. 48, am 5. Juni 1963

Dr. Rudolf Holzer
Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung

D&M 00029

SCHRIFT   RECHT   2127582863   P.2

3H 668 163

Dieser Beschluß ist rechtskräftig
seit . 1. Aug. 1963

Landesgericht für ZRS. Wien, Abt. 48
am . -2. Aug. 1963 . 194

48 T 625/63

Bezirksgericht Innere Stadt Wien

Dr. Rudolf Holzer
Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung:

Elisabeth Grünbaum

geborene Herzl, geboren am 28.4.1899 in Wien II., als Tochter
des Bernhard Herzl, und der Julie Herzl, geborene Ingelmann,
eingetragen im Geburtsprotokolle der israelitischen Kultusge-
meinde Wien, Nr. 1032/1899, zuständig, österreichische Staats-
bürgerin, laut Eintragung im Trauungsbuche der israelitischen
Kultusgemeinde Wien, Nr. 714/1919 I., seit 19.11.1919 mit Frans
Friedrich Grünbaum verheiratet, zuletzt wohnhaft in Wien I.,
Marc Aurelstraße 5/7, wird auf Antrag von Emil Spanner, Rom,
Via Ancara 10a, nach fruchtlosem Verlauf der Aufgebotsfrist

für   tot   erklärt

und der 5. Oktober 1942, 24.00 Uhr, als Zeitpunkt des Todes
festgestellt.

Begründung:

Durch die gepflogenen Erhebungen und zwar auf Grund des
Briefes der israelitischen Kultusgemeinde Wien vom 31.7.1962
und des Zentralmeldungsamtes Wien vom 30.8.1962, sowie auf Grund
der unbedenklichen Angaben der antragstellenden Partei ist nach-
stehender Sachverhalt festgestellt:

Elisabeth Grünbaum ist am 5.10.194. aus rassischen Gründen
von Wien nach Minsk gebracht worden und scheint in der Rück-
kehrerkartei der israelitischen Kultusgemeinde Wien nicht auf.

Auf Grund der festgestellten Tatsachen hat sich die ver-
schollene Person in Lebensgefahr (§ 7 Todeserkl. Ges. 1950)
befunden.

Nach dem Ergebnis der Ermittlungen liegen Anhaltspunkte für
einen wahrscheinlichen Zeitpunkt des Todes nach § 9 Abs. 2
Todeserkl. Ges. 1950 nicht vor; es war daher gemäß § 9 Abs. 3
lit d Todeserkl. Ges. 1950 der Beginn der Woche gleich als Zeit-
punkt des Todes festzustellen.

Da die Todeszeit nur dem Tage nach festgestellt ist, so gilt
nach § 9 Abs. 4 Todeserkl. Ges. 1950 der Ablauf des Tages als Zeit-
punkt des Todes.

Landesgericht für ZRS. Wien
Wien I., Angeligasse 35
Abt. 48, am 6. Juni 1963

Dr. Rudolf Holzer
Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung:

D&M 00030

## Document No. 8. (one page)

notarized copy of the
'Declaration of Death:'

Elisabeth Grünbaum

née Herzl, born on April 28, 1898 in Vienna II, daughter to Bernhard Herzl und Julie Herzl, née Engelmann, entered into the birth registry of the Israelite Cultural Community Vienna, Nr. 1092/1898, mosaic, Austrian citizen, married according to entry No. 714/1919 I in the marriage registry of the Israelite Cultural Community Vienna, as of November 10, 1919 to Franz Friedrich Grünbaum, last place of residence  Wien I, Marc Aurel Strasse 101, following the required lapse of time, and at the request of Emil Rosner, she has been declared dead, with the time of death recorded as October 5, 1942, 12pm.

Reason:

As a result of the inquiries made, particularly based on the letters received by the Israelite Cultural Community dated July 31, 1962 and the Vienna Central Registry Office dated August 30, 1962, and on the grounds of plausible statements by the applicant, the following facts have been established:

Elisabeth Grünbaum was taken from Vienna to Minsk on October 5, 1942 for racial reasons and does not appear in the registry of returning persons of the Israelite Cultural Community.

On the basis of these facts the missing person is deemed to have been in mortal danger (Paragraph 7, Law on Declaration of Death, 1950).

According to the results of the investigation there are no indications for a likely time of death under Paragraph 9, section 2, Law on Declaration of Death, 1950; under Paragraph 9, section 3, Law on Declaration of Death, 1950, the beginning of the time of mortal danger therefore had to be noted as the time of death.

As the time of death has been established by the date only, according to Paragraph 9, section 4, the Law on Declaration of Death, 1950, the end of the day is deemed to be the time of death. [The text states that according to the Law of 1950 that the date of death is declared to be the date of deportation.]

Landesgericht, Wien
June 6, 1963
Dr. Rudolf Holzer

February 2, 1998

D&M 00031

# EXHIBIT 9

**DOROTHEUM**
Wien, I. Spiegelgasse 16

-4461477

*what dos this mean?*

N°  31877
11044

### Öffentliche Ankaufsstelle

nach § 14 der Verordnung über den Einsatz des jüdischen Vermögens.

Von:  Friedrich
Franz Israel u. Elisabeth Sara Grünbaum, Wien, 19., Hofzeile 27

wurden am heutigen Tage nachstehende ablieferungspflichtige Wertgegenstände angekauft:

| Laufende Nr. | Gegenstand | Ankaufspreis Reichsmark | Anmerkung |
|---|---|---|---|
| 1. | 1 Schnur Perlen mit Goldschliesse 3 Brillanten 7 gr | 200.— | B III |
| 2. | 1 Ring mit 1 Brillant 1 Perle 4 gr Platin | 200.— | B III |
| 3. | 1 Platin Armbanduhr mit Brillanten | 170.— | B III |
| 4. | 1 gold. Herrenremontoir Vacheron 18 | 120.— | W |
| 5. | 1 Zigarettendose 14 Kar. 1 Zigarettenetui 18 Kar Gold 1 Feuerzeug mit Gold | 222.— | B I |
| | S u m m e : | 912.— | |
| | abzüglich 10 % | 91.20 | |
| | | 820.80 | |

Wien, am  9. November  ( 21.3. )  1939.

*[signature]*                          *[signature]*

90R/Do 278 - 1000 IX 39 - 37 4336

D&M 00032

DEWEY BALLANTINE LLP                                    202 862 1093    P.24/39

Document No. 9 (one page)

Receipt issued by
Dorotheum

Public Buyer's Office
under Paragraph 14 of the order regarding the use of Jewish property

The following valuables as articles required to be relinquished were bought from Franz
Friedrich Israel and Elisabeth Sara Grünbaum on this day:

1 Pearl necklace, 1 ring, 1 Platine wristwatch, 1 watch, 1 cigarette case

Vienna, November 9, 1939

11

D&M 00033

# EXHIBIT 10

Gemeinde Einladezin...

Das Landesgericht f. ZRS Wien, Abteilung ...
und das Bezirksgericht Favoriten,...                          Wien, 27. September 1962.
                                                                Via Asmara 10a

Abgel. am: 1 OKT 1962

Landesgericht f. ZRS ...
Abteilung 48
Angeligass 35.                    48R   625/62
W i e n   X.                      48T   626/62

(Roter Stempel) ...

— Herr Sehr geehrte ...
...

Die Israelitische Kultus-
gemeinde hat auf meine Ersuchen, sei sie
Urkunden und Deportationsdaten ...
— in der Todeserklärungsgebietsätigung ...
...Gruenbaum und Elisabeth Gruenbaum ...
— Verborene Herzl, ...übersand...
...

Sohle ich hier eine Erbschaftsabhandlung
in England, an der mein Cousin Friedrich
Gruenbaum als Erbe anspruchsberechtigt
gewesen wäre. ...

— Falls Sie mir die Todes-
erklärung nicht uebersenden koennten,
werde ich Sie mir bei meinem naechsten
Aufenthalt in Wien bei Ihnen persoen-
lich beheben. ...

...
mit vorzueglicher ...
                              Im Vorau s bestens dankend
                                      Hochachtung
                                          Ihr ...

die Todeserklärung
...geboren am 7.4.1880,
Linke Wienzeile 29,
...festigung des Fried-
...inde Wien vor, laut
...).1.1941 verstorben
...urde am 17.2.1941 am
...en Konzentrationslager
...drich  G r ü n b a u m

<u>Document No. 10 (one page)</u>

Dear Miss,

The Israelite Cultural Community has, on my request, sent you documents and confirmation of Deportation Orders regarding the matter of the Declaration of Death for Friedrich Grünbaum and Elisabeth Grünbaum, née Herzl.

I require the Declaration of Death for an inheritance case in England, in which my cousin Friedrich Grünbaum would have had a claim as heir.

If you are not able to send me the declaration of death, I would pick it up from personally on my next visit to Vienna.  Thank you very much in advance, Emil Rosner

12

February 2, 1998

D&M 00035

# EXHIBIT 11

44614

44614

Wien, 1. Aug. 1938.

An die

Vermögensverkehrsstelle

Wien I

Steueramt
Hdh.
094

Zufolge Aufforderung vom 27. Juli d. J. übersende
ich beiliegend das Vermögensverzeichnis meines
Mannes, des in Schutzhaft befindlichen Schauspielers
u. Schriftstellers Franz Friedrich (Fritz) Grünbaum
von dem ich in der Zwischenzeit eine Vollmacht
erhalten habe.

Elisabeth Grünbaum
Wien IV. Rechte Wienzeile 29.

3 Beilagen
Vermögensverzeichnisse

D&M 00036

<u>Document No. 11 (one page)</u>

Vienna 1 August 1938

To the
Vermögensverkersstelle


In accordance with your request dated July 27 of this year I am sending enclosed the
Property Inventory of my husband in protective custody, the actor and writer Franz
Friedrich Grünbaum, from whom I have in the meantime been given power of attorney.

Elisabeth Grünbaum
Wien IV, Rechte Wienzeile 29

enclosed:
Property Inventory

13

February 2, 1998

D&M 00037

# EXHIBIT 12

60 VI 246.51

Gemeinschaftlicher Erbschein.
=========================================

Erben des am 14.Januar 1941 verstorbenen, zu Wien

wohnhaft gewesenen

Friedrich Franz G r ü n b a u m

sind die Abkömmlinge seiner Großeltern mütterlicherseits

1.) Paul R e i f,
    57 West 58th Street, New York 19, N.Y./USA,

2.) Francis R e i f,
    3690, Osler Street, Vancouver 9, B.C. Kanada

zu je 1/2 des Nachlasses

Berlin, den 28.Mai 1963

Amtsgericht Charlottenburg, Abt. 60

R o m m e l, Rechtspflegerin

A u s e f e r t i g t

Berlin-Charlottenburg, den 4.Juni 1963

*feuR*  Justizangestellte

als Urkundsbeamter der Geschäftsstelle des
                    Amtsgerichts.

D&M 00038

THIS IS EXHIBIT "B" TO THE AFFIDAVIT
OF KATHLEEN E. REIF SWORN JANUARY 2, 1998.

JAN-05-1998  14:53        2127582963              97%

Jan. 14   36 13:05            SONGLINES
                              FAX 6047371678

                                                                    P. 1

60 VI 246.51

## Certificate of Joint Inheritance

The heirs of Friedrich Franz Grünbaum, who died on January 14, 1941, having resided in Vienna, are the descendants of his grandparents on his mother's side:

1. Paul Reif
   57 West 58th St., New York 19, N.Y., USA

2. Francis Reif
   3690 Osler St., Vancouver 9, B.C., Canada

To each one half of the inheritance

Berlin, May 28, 1963
Civil Court of Charlottenburg, Section 60

(Ms) Rommel, Legal Secretary

Issued,
Berlin-Charlottenburg, June 4, 1963

[signature, presumably of a judge or court-authorized lawyer]
Employee of the Judicial System
as document-issuer in the office of the Civil Court

## Affidavit

I, Francis C. Reif, residing at 3690 Osler Street, Vancouver 9, B.C., Canada, hereby declare the following under oath.

I was born on February 3, 1914, the son of Oskar Reif and Elsa, born Kraemer. My father Oskar Reif was born March 8, 1881, the son of the married couple Abraham Rudolf Reif and Rosa, born Saxl. Rosa Saxl had a sister, Regina, who married a Wilhelm Gruenbaum. The spelling of the family name of my grandmother varies. Occasionally the name is also written Saxel with an e. The parents of Regina and Rosa Sax(e)l were Karl Sax(e)l and Theresie, born Hirsch.

I declare under oath that the facts given above are true to the best of my knowledge.

Vancouver, B.C.
March 25, 1963

D&M 00039

EXHIBIT 13



Fritz Grünbaum

D&M 00040

THIS IS EXHIBIT "A" TO
THE AFFIDAVIT OF KATHLEEN
E. REIF SWORN JANUARY
2, 1998.

_____

A COMMISSIONER FOR TAKING
OATHS IN THE PROVINCE OF
BRITISH COLUMBIA.

D&M 00041

# EXHIBIT 14

RECHTSANWÄLTE
## Dr. RUDOLF SKREIN
## Dr. FRIEDRICH GROHS
## Dr. FRIEDRICH SKREIN
WIEN I, FREYUNG 7/3
N/Ve   Telefon U-28-2-17, U-21-4-68

Landesgericht für ZRS in Wien

48 T 892/54

An das

Landesgericht für ZRS
Abt. 48

W i e n  VIII,
Frankhplatz 1

Mathilde Lukács, Bruxelles III, Av. Paul Deschanel

vertreten durch:

**Dr. RUDOLF SKREIN**
RECHTSANWALT
WIEN, I. FREYUNG 7

Antrag auf Einleitung des Verfahrens zur Todeserklärung
Elisabeth (Lilly) Grünbaum.
----------------------------------------------------------

1-fach
6 Beilagen
1 Vollmacht

FROM R.A  REIF  212-582883

15/01 98  19:45   FAX 43 1 402454831   Walzer COM Wien.   ☐005



        Meine Schwester Elisabeth (Lilly) Grünbaum geb.
./1  Herzl,geb.am 28.April 1898 in Wien, österreichische
     Staatsbürgerin,wohnhaft gewesen in Wien I,Marc Aurelstrasse
     Nr.5-7, wurde laut der in Beilage ./1 angeschlossenen
     Bestätigung der Israelitischen Kultusgemeinde vom 15.Juni
     1954 am 5.Oktober 1942 infolge ihrer rassischen Abstammung
     nach Minsk deportiert,seither fehlt jede Spur. Zum Nach-
./2./3  weise unserer Verwandtschaft lege ich in Beilage ./2 und ./3
./4./5  unsere Geburtsurkunden und in Beilage ./4 und ./5 unsere
        Heiratsurkunden vor. Meine Schwester war laut dem in
./6     Beilage ./6 in beglaubigter Abschrift angeschlossenen
        Testament Universalerbin ihres Gatten Franz Friedrich
        Grünbaum. Um in dem Verlassenschaftsverfahren nach Franz
        Friedrich Grünbaum,das beim Bezirksgericht Wien zur Zahl
        15 A 341/41 anhängig ist,mein Erbrecht nachweisen zu können,
        ist die Todeserklärung meiner Schwester erforderlich.
./7        Ich stelle daher durch meinen in Beilage ./7 ausge-
        wiesenen Anwalt den

                    A n t r a g

           das Verfahren zur Todeserklärung meiner Schwester
        Elisabeth(Lilly) Grünbaum geb.Herzl einzuleiten.


        Wien,am 16.Juni 1954


                    Mathilde Lukacs
   B.
 /Antragstellerin durch Vertreter auffordern binnen 14 Tagen den Staats-
  angehörigkeitsausweis, letzten Meldenachweis und Sterbeurkunde bezw,
  Deportationsbestätigung des Gatten der Verschollenen vorzulegen.

   Kal.10.8.1954.

        Wien, am 22.6.1954.

Document No. 14 (two pages)

Page 1 of 2)

To the
Landgericht Wien VIII
Frankplatz 1
Section 48


by
Mathilde Lukacs, Bruzelles Ill, Av. Paul Deschanel 195
as represented by Dr. Rudolf Skrein, Lawyer, Vienna,

Application to commence proceedings to issue a declaration of Death for Elisabeth
(Lilly) Grünbaum


Page 2 of 2)

My sister Elisabeth (Lilly) Grünbaum, née Herzl, born April 28, 1898 in Vienna,
Austrian citizen, formerly residing at Vienna 1, Marc Aurel Strasse Nr. 5-7, was,
according the confirmation by the Israelite Cultural Community dated June 15, 1954,
enclosed under ./1, deported to Minsk on October 5, 1942, on account of her racial
descent; since then there has been no trace of her. As proof of our relation I enclose
under ./2 and ./3 our Birth Certificates and under ./4 and ./5 our Marriage Certificates.
My sister was, according the will enclosed under ./6 as a notarized copy, sole heir to her
husband Franz Friedrich Grünbaum. In order to prove my right to inherit in ongoing
proceedings of heritage (Verlassenschaftsverfahren) of Franz Friedrich Grünbaum which
is currently before the Bezirksgericht (district court) Vienna under file Nr. 15 A 341/41, a
Declaration of Death for my sister is needed. I am therefore through my legal
representative shown in enclosure Nr. ./7 making an Application to initiate proceedings
leading to a Declaration of Death for my sister Elisabeth (Lilly) Grünbaum.

Vienna, June 16, 1954

Mathilde Lukacs

Remark: The applicant has to be told by her representative to send to the district court
within 14 days the following documents: citizenship papers, last registration paper, death
certificate and deportation certificate of the husband of the disappeared person.

Vienna, 22.6.1954

February 2, 1998

D&M 00044

# EXHIBIT 15

MUSIKVERLAG

# JOSEF WEINBERGER GMBH



6 FRANKFURT A. M.

JOSEF WEINBERGER, 6 FRANKFURT/M., OEDERWEG 26

Frau
Francis R e i f
369o, Osler Street

V a n c o u v e r 19
=====================
B.C. Kanada

DBN   **26. Juni 1963**

UNSER ZEICHEN   **Buchh.**

Sehr geehrte Frau Reif,

von Herrn Rechtsanwalt Walter Maass, Berlin- Charlottenburg, Witz-
lebenstr. 2, erhielten wir heute eine Fotokopie des Erbscheins
Nr. 6o VI 246.51. Hieraus haben wir ersehen, dass Sie zur Hälfte
an dem Nachlass von Herrn Friedrich Franz G r ü n b a u m beteiligt
sind.
Gleichzeitig wurde uns mitgeteilt, dass Ihr Vertreter die
American League of Authors and Composers from Austria - ALACA-,
3o Fairview Avenue, New York 4o, N.Y., ist.

Wir bitten Sie deshalb höflich um Zusendung einer Vollmacht auf
diese Firma, damit wir unsere Unterlagen vervollständigen und in
Zukunft die anfallenden Tantiemen mit ihr abrechnen können.

Im voraus dankend zeichnen wir

mit freundlichen Grüssen
JOSEF WEINBERGER GmbH
i.A.

9-01-1998 10:37AM   FROM RITA  REIF  2127582863                       P.2

DOCUMENT 15

June 26, 1963

Francis Reif
3690 Osler Street
Vancouver 19, B.C.
Canada

Dear Mrs. Reif:

Today we received from the lawyer Walter Maass, Berlin-Charlotten
burg, Witzlebenstrasse 2, a photocopy of the certificate of
inheritance No. 60 VI 246.51. From this we understand that each
of you have a half-share in the estate of Friedrich Franz Grunbaum.

At the same time, we were told that you are represented by the
American League of Authors and Composers from Austria - ALACA -
30 Fairview Avenue, New York, 40, New York.

Therefore we ask you politely to send us a power of attorney so
that we may inquire at ALACA and be able to complete our documents
and to ;prepare in the future an account of the royaties accruiung that
were paid to you.

We sign amd thank you in advance with friendly greetings.

Josef Weinberger
Signed: J. Koch ?

# EXHIBIT 16

OUR PUBLICATIONS MAY ONLY BE PUBLICLY PERFORMED IN ESTABLISHMENTS OR PLACES LICENSED BY THE PERFORMING RIGHT SOCIETY

# JOSEF WEINBERGER LTD

### THEATRICAL & MUSIC PUBLISHERS

### 33, CRAWFORD STREET
## LONDON, W.1.

DIRECTORS
OTTO BLAU
R. BLAU

HANS GOLWIG (Austria)
F. C. E. BENSON
E. W. MAUKE

TELEPHONES
PADDINGTON  6752
AMBASSADOR  5080

CABLES
OPERETTA  LONDON



OUR REF  KH/MW          YOUR REF          16th July 1963

Mr. Paul Reif,                    Mr. Francis Reif,
57 West 50th Street,              3690 Osler Street,
New York 19, N.Y.,                Vancouver 9, B.C.
U.S.A.                            CANADA.

Dear Sirs,

        Rechtsanwalt Maass of Berlin has informed us
that you are the legal successors to the librettist,
Friedrich Franz Gruenbaum deceased, and that you each
have a half-share in royalties accruing to his estate.

        We are therefore taking the liberty of informing
you of the present position as regards accounting of these
royalties.  Up to now these have been paid to Rechtsanwalt
Maass in Berlin and there are at the moment no outstanding
amounts.

        We should also like to report to you concerning
the exploitation in Germany of "Dollarprinzessin", of which
the legal position is rather confused.  We have already
written to Rechtsanwalt Maass in this connection but he
informed us that we should get in touch with you.  The situa-
tion is as follows:

        After years of negotiation with Harmonie Verlag,
Hamburg, concerning the ownership of this work, Harmonie
have indicated that they are prepared to come to an agree-
ment with us concerning the exploitation of these rights.
We feel that it is better to agree upon a settlement than
to continue negotiations for a further indefinite number
of years.

        Our proposals are as follows:

        a) Grand rights in the original work will be our
exclusive property, as will all material of the original

## JOSEF WEINBERGER LTD
### 33, CRAWFORD STREET
### LONDON, W1

Mr. Paul Reif
F. Francis Reif                      -2-                    16th July 1963

work. Any material in the possession of Harmonie Verlag should be delivered to us free of charge.

b) Grand Rights in new adaptations of the original work (for which your agreement must be obtained) will be administered by us. Stage material will be produced jointly by us and Harmonie Verlag and the profit divided between us.

c) Music publishing rights will be administered jointly by us and Harmonie and income and expenses will be divided 50:50 between us. Details will be worked out between the partners to the agreement.

d) Harmonie will undertake to have a Final Audit carried out by a Certified accountant, which will show that all monies have been accounted. Otherwise any sums remaining must be handed over to us for distribution.

Before we continue negotiations with Harmonie, we should be obliged for your kind agreement to the above proposals for a settlement. Should there by any alterations in the course of negotiations, we shall of course submit these to you first for your approval.

We should be grateful for your early reply and remain,

Yours faithfully,

Edmund Hauke

D&M 00048

EXHIBIT 17

## V O L L M A C H T

Ich bevollmaechtige hiemit meinen Bruder Paul Reif
in der Angelegenheit des Nachlasses nach Fritz
Gruenbaum alle wie immer sich nennenden Dokumente,
Erklaerungen, u.s.w., die in dieser Angelegenheit
noetig sind oder noetig werden rechtsgueltig
und fuer mich bindend in meinem Namen und in meiner
Vollmacht zu unterschreiben.

FRANCIS C. REIF

I HEREBY CERTIFY that Francis C. Reif, who is personally known
to me, has acknowledged to me that the signature which appears
on this document above this certificate is his signature and that
he first read the contents and was fully aware of same and that
Paul Reif referred to in the aforementioned document is his
brother.

DATED at Vancouver, British Columbia, this 1st day of June,
1963.

JACOB AUSTIN, A Notary Public in and
for the Province of British Columbia.
Lifetime Commission.

D&M 00049

[Translated from German]

## POWER OF ATTORNEY

In the matter of the Estate after Fritz Gruenbaum I hereby authorize my brother, Paul Reif, to sign legally and binding in my name and under my power of attorney any and all documents of every description, statements and so on, which are or might become necessary in this matter.

[signature] Francis C. Reif

Francis C. Reif

D&M 00050