UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DAVID BAKALAR,                                          :

                Plaintiff,                   :

              -against-                         :

MILOS VAVRA and LEON FISCHER,           :

                Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

05 Civ. 3037 (WHP)

SCHEDULING ORDER No. 8

WILLIAM H. PAULEY III, District Judge:

     All counsel in this civil action having appeared before the Court for a status conference on August 17, 2007, the following schedule is established on consent of the parties:

    1.    Expert discovery will conclude by November 30, 2007;

    2.    Counsel will submit a joint pre-trial order in accord with this Court's Individual Practices by January 4, 2008; and

    3.    A final pre-trial conference will be held on January 11, 2008 at 12:30 p.m.

Dated: August 30, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

James A. Janowitz, Esq.
William L. Charron, Esq.
Suyin So, Esq.
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York, NY 10022
*Counsel for Plaintiff and Counterclaim-Defendant*
  *David Bakalar*

Raymond J. Dowd, Esq.
Dunnington, Bartholow & Miller LLP
477 Madison Avenue
New York, NY 10022
*Counsel for Defendants and Counterclaim-Plaintiffs*
  *Milos Vavra and Leon Fischer*